# EXHIBIT
# A

Filed                26-CI-90016 01/21/2026              Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT**
**DIVISION NO. ___**
**CIVIL ACTION NO. 26-CI-_____**

JOSHUA C. MORRIS AND BRITTANY N.                    PLAINTIFFS
MORRIS, INDIVIDUALLY, AND AS NEXT
FRIENDS OF, L.M., A MINOR

v.                              **Complaint**

DANONE NORTH AMERICA PUBLIC BENEFIT                    DEFENDANTS
CORPORATION;
NUTRICIA NORTH AMERICA, INC.;
REAL FOOD BLENDS, LLC;
RSVP EQUIPMENT OF GREATER CINCINNATI, LLC
d/b/a PEDIATRIC HOME SERVICE; and
JOHN DOE CONTRACT MANUFACTURER

*Service Instructions:*

**Danone North America Public Benefit Corporation**
1 Maple Ave
White Plains, New York, 10605

| | |
|---|---|
| **Serve via Registered Agent:** | **Corporate Creations Network, Inc. 101 North Seventh Street Louisville, Kentucky, 40202** |

and

**Nutricia North America, Inc.**
9900 Belward Campus Drive, Suite 100
Rockville, Maryland 20850

| | |
|---|---|
| **Serve via Kentucky Secretary of State:** | **9900 Belward Campus Drive, Suite 100 Rockville, Maryland 20850** |

and

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000001 of 000032

Filed          26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL

02/25/2026 05:47:08

90450-189

**Real Food Blends, LLC**
119 S Calumet Rd, Suite 220
Chesterton, Indiana 46304

| **Serve via Kentucky Secretary of State:** | **119 S Calumet Rd, Suite 220 Chesterton, Indiana 46304** |
| --- | --- |

and

**RSVP Equipment of Greater Cincinnati, LLC d/b/a Pediatric Home Service**
4300 Boron Drive
Covington, Kentucky, 41015

| **Serve via Registered Agent:** | **CT Corporation System 306 West Main Street, Suite 512 F Frankfort, Kentucky 40601** |
| --- | --- |

and

**John Doe Contract Manufacturer**

| **Serve:** | **Service Information Unknown** |
| --- | --- |

COME NOW Plaintiffs and file this Complaint for damages, showing the Court as follows:

**STATEMENT OF THE CASE**

(1)     L.M., a medically fragile toddler, requires enteral (tube) feeding for all of her nutritional needs. Her parents are Joshua C. Morris and Brittany N. Morris.

(2)     Plaintiffs, individually, and as next friends of L.M., filed this lawsuit because of the injuries and damages they—and L.M.—sustained because of L.M.'s use and consumption of Real Food Blends' "Pureed Food Blend" meal products (the "PFB Products"), which are and were **(a)** designed, formulated, advertised, and distributed by

-2-

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000002 of 000032

Filed 26-CI-90016 01/21/2026   Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:47:08 PM
90450-189

Real Food Blends, LLC ("RFB"), and its parent companies, Defendants Danone North America Public Benefit Corporation ("Danone PBC"), and Nutricia North America, Inc. ("Nutricia") (collectively, the "RFB Defendants"); **(b)** manufactured and inspected—according to the RFB Defendants' specifications—by the RFB Defendants and/or under contracts with and by John Doe Contract Manufacturer ("John Doe"), and **(c)** sold by the RFB Defendants and Defendant SVP Equipment of Greater Cincinnati, LLC, d/b/a Pediatric Home Service ("PHS").

**(3)** The PFB Products are "foods for special dietary use," within the meaning of 21 U.S.C. § 343(j) and 21 C.F.R. § 105.3, because they are formulated and promoted for tube-fed children and tube-fed adults whose physical and pathological conditions require dietary management and modified nutrition.

**(4)** From January 2020 to the present (the "Relevant Period"), the RFB Defendants and PHS advertised, distributed, and sold the PFB Products for tube-fed children, among others.

**(5)** From October 2022 to January 22, 2025, the PFB Products were prescribed and/or ordered for L.M.'s use and consumption, and she consumed an average of 4 to 5 pouches of the PFB Products each day. During this period, L.M.'s little body started to fail silently as she suffered a constellation of injuries.

**(6)** On or about January 21, 2025, L.M. was admitted for observation to the University of Kentucky Medical Center d/b/a UK HealthCare ("UK HealthCare"); there, clinicians determined, to their surprise, that L.M. was vitamin C deficient and diagnosed her with advanced Scurvy.

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000003 of 000032

Filed   26-CI-90016 01/21/2026   Kelly Botts, Menifee Circuit Clerk

Filed          26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:47:08 PM
90450-189

(7)      The PFB Products caused L.M.'s vitamin C deficiency and advanced Scurvy. The PFB Products irreparably injured L.M., changed the trajectory of her fragile life, and caused Plaintiffs—and L.M.—permanent injuries, trauma, and pain and suffering, as well as serious emotional distress, which continues today.

(8)      The RFB Defendants, John Doe, and PHS are liable to Plaintiffs, individually, and as next friends of L.M., as set forth below. The causes of action set forth in this Complaint are not time-barred by any statute of limitation, statute of repose, and/or any other doctrine, theory, and/or legal defense.

## PARTIES

(9)      Plaintiffs, including L.M., are citizens of, and are domiciled in, Means, Kentucky. They are residents of Menifee County, Kentucky.

(10)     Danone PBC is a Delaware limited liability company with its principal office in the State of New York.

(11)     Nutricia is a subsidiary of Danone PBC. Nutricia is a Delaware company with its principal office in the State of Maryland.

(12)     RFB is a subsidiary of Nutricia. RFB is an Indiana limited liability company with its principal office in the State of New York.

(13)     John Doe is the contract manufacturer for the RFB Defendants.

(14)     PHS is an authorized distributor and agent for the RFB Defendants. PHS has offices across the United States, including in Frankfort and London, Kentucky. PHS is a Kentucky limited liability company with its principal office in the Commonwealth of Kentucky.

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000004 of 000032

Filed 26-CI-90016 01/21/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:47:08 PM

90450-189

**(15)** At all times material to this Complaint, the PFB Products were prescribed and/or ordered for L.M.'s use and consumption; placed in the stream of commerce by the RFB Defendants, John Doe, and PHS; sold by PHS to Plaintiffs; shipped by PHS to Plaintiffs' home; and used and consumed by L.M.

**(16)** Plaintiffs and L.M. reside in Means, Kentucky, where they were injured and damaged.

**(17)** The RFB Defendants and PHS were served with process. Service of process, including the process itself, was sufficient and proper.

**(18)** Despite Plaintiffs' diligence, they have been unable to determine the identity of John Doe because the RFB Defendants have declined to identify it.

**JURISDICTION AND VENUE**

**(19)** Subject matter jurisdiction is proper under KRS § 23A.010 because this Court has original jurisdiction over all causes not exclusively vested in another court.

**(20)** Personal jurisdiction over the RFB Defendants, John Doe, and PHS is proper under KRS §§ 454.210 and 452.460 because these defendants placed the PFB Products in the stream of commerce and distributed, sold, and/or transacted business within the Commonwealth. The PFB Products were used and consumed by L.M. in Means, Kentucky; and Plaintiffs and L.M. were injured and damaged there.

**(21)** Venue is proper under KRS §§ 454.210 and 452.460 because Plaintiffs and L.M. reside in, their claims arose in, and they were injured in, Means, Kentucky.

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000005 of 000032

Filed 26-CI-90016 01/21/2026 Kelly Botts, Menifee Circuit Clerk

Filed    26-CI-90016 01/21/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:47:08 PM

90450-189

## FACTS

### *Danone is a Multi-Billion Dollar Food Products Conglomerate*

**(22)** Danone S.A., a non-party, is a multinational food products conglomerate based in Paris, France. In 2024, it reported total income of $3.1 billion. It is the ultimate parent company of at least 250+ food-related subsidiaries.

**(23)** The Danone family of companies (collectively, "Danone") organize their global brands into three categories:

- Essential Dairy and Plant-Based Products;

- Waters; and

- Specialized Nutrition.

**(24)** According to Danone, it has "over 125 years of expertise in Specialized Nutrition."[1] It "research[s] the specific nutritional needs of babies and patients, and pioneer[s] products and services that support families, patients, and healthcare professionals" to make "informed choices on nutrition and health."[2]

**(25)** All Danone products are "based on the latest scientific knowledge," and comply with regulatory and food safety requirements as well as "our own stringent Danone standards."[3] To ensure this, Danone performs "internal and external audits throughout the value chain," and its "internal food safety experts" scan for risks.[4]

**(26)** Danone employs "rigorous quality testing, striving for quality excellence . . .

---

[1] *See* https://www.danone.com/brands.html.

[2] *Id.*

[3] *See* https://www.danone.com/sustainability/our-approach/quality-and-food-safety.html.

[4] *Id.*

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000006 of 000032

Filed    26-CI-90016 01/21/2026    Kelly Botts, Menifee Circuit Clerk

Filed    26-CI-90016 01/21/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:47:08 PM
90450-189

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000007 of 000032

from design to market delivery" because the "safety and quality" of Danone's food products are its "top priority."[5]

### Danone Owns Nutricia

**(27)** In the United States, Danone operates a web of companies, including Danone PBC.

**(28)** The website for Danone PBC promotes the "science-based nutritional solutions" developed and sold by Nutricia.[6]

**(29)** Nutricia is a subsidiary of Danone PBC.

**(30)** Danone PBC sets policies for Nutricia, owns Nutricia's brand architecture, runs Nutricia's core functions, and directs and controls Nutricia.

**(31)** According to its website, Nutricia is an "expert" in nutrition. Nutricia—through "[e]vidence-based discovery"—leverages "the latest scientific insights" to develop "breakthrough" nutritional solutions.[7]

**(32)** Nutricia has a Research & Innovations Centre in Utrecht, The Netherlands.[8] From this "global hub for nutritional science and technology," Nutricia employs "700 passionate employees with expertise in life & food science, technology and user experience"—their singular focus is to "develop nutritional solutions."[9]

**(33)** For tube-fed children and tube-fed adults, Nutricia claims unique

---

[5] *Id.*
[6] *See* https://www.danonenorthamerica.com/our-brands.html.
[7] *See* https://www.nutricia.com/specialize.html.
[8] *See* https://www.nutricia.com/discover/research.html.
[9] *Id.*

Filed                26-CI-90016 01/21/2026        Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

knowledge.[10] For example, Nutricia knows that "[m]any nutrients, particularly vitamins, have a tendency to naturally break down over time, some faster than others."[11]

(34)    Since many children use Nutricia's Neocate and/or other Nutricia products, like the PFB Products, to meet their full nutritional needs, "it's very important" to Nutricia "that the right amount of each nutrient is in the product."[12]

(35)    It is Nutricia's responsibility "to ensure that the nutrients in the product are going to be present at the levels printed on the label."[13]

(36)    Nutricia "understands the importance of optimal nutritional support."[14]

(37)    Despite its expertise in science-based nutritional solutions, Nutricia has a documented history of product safety concerns. In 2017, a Yale University study, led by Luisa F. Gonzalez Ballesteros, linked Nutricia's Neocate baby formula to bone disease caused by inadequate minerals.

(38)    The 2017 study prompted significant litigation against Nutricia, much of which remains ongoing. Around the same time, Nutricia reformulated Neocate and issued new infant formula labels.

### RFB is the Alter Ego and Mere Instrumentality of Danone PBC and Nutricia

(39)    Founded in 2012 by Julie and Tony Bombacino, RFB manufactures and distributes the PFB Products, which are sold as ready-to-eat blenderized tube feeding

---

[10] *See* https://www.nutricia.com/specialize/enteralfeeding. html.
[11] *See* neocate.com/living-with-food-allergies-blog/neocate-actually-expire/.
[12] *Id.*
[13] *Id.*
[14] *See* https://www.nutricia.com/specialize/enteralfeeding. html.

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000008 of 000032

-8-

Filed    26-CI-90016 01/21/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

meals made from real, whole foods.

(40) The PFB Products are packaged foods regulated under the federal Food, Drug, and Cosmetic Act ("FDCA") and its implementing regulations.

(41) The PFB Products are regulated as "foods for special dietary use," within the meaning of 21 U.S.C. § 343(j) and 21 C.F.R. § 105.3, because they are formulated and promoted for tube-fed children and others whose physical and pathological conditions require dietary management and modified nutrition.

(42) The PFB Products are subject to labeling rules under 21 U.S.C. § 343 (misbranding and nutrition-labeling for foods), and 21 C.F.R. § 101.9 (nutrition facts and accuracy requirements for vitamin and mineral declarations).

(43) According to RFB, it spent years in research and development to formulate the PFB Products. RFB claims the PFB Products bring life-changing and life-saving nutrition to people in need.

(44) Central to RFB's brand story is the Bambacinos' personal proof: their own tube-fed son failed commercial formulas but thrives on the PFB Products.

(45) In an October 21, 2020 press release,[15] "Nutricia, part of world-leading . . . nutrition company, Danone," announced the acquisition of RFB. There, Nutricia's CEO acknowledged that tube-fed children "rely" on RFB and the PFB Products, which are "unique."[16]

(46) RFB holds itself out as a Nutricia brand, states that its products are

---

[15] *See* Carolyn.sklar@danone.com, *Specialized Nutrition Pioneer Nutricia Welcomes Real Food Blends* (Press Release, Oct. 21, 2020), https://www.nutricia.com/latest-news/21-oct-20.html.
[16] *Id.*

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000009 of 000032

Nutricia's products, and offers a product satisfaction guarantee from Nutricia.

(47)     RFB's website states: "At Nutricia, we proudly stand behind our products and quality controls."[17]

(48)     Danone and Nutricia set policies for RFB, own RFB's brand architecture, run RFB's core functions, and direct and control RFB.  On information and belief, Danone and Nutricia direct and control **(a)** RFB's product development and quality control, and **(b)** RFB's advertising, labeling, and nutrition claims.

(49)     RFB's personnel are Nutricia employees with Danone email addresses. RFB is the alter ego of, and a mere instrumentality for, Danone and Nutricia.

### *The PFB Products During the Relevant Period*

(50)     From January 1, 2020 to the present (the "Relevant Period"), the RFB Defendants contracted with John Doe to manufacture and package—in accordance with RFB's specifications—the PFB Products.

(51)     During this period, the PFB Products were sold in individual pouches "nationwide through DMEs, medical supply, home infusion companies and GPOs or direct via RealFoodBlends.com and Amazon."[18]

(52)     To promote and sell the PFB Products, and to instruct clinicians (including registered dieticians) and others on the use and consumption of the PFB Products during the Relevant Period, the RFB Defendants **(a)** printed certain nutrient data on the label printed on the back of each pouch; and **(b)** supplemented their back-of-pouch label with **(i)**

---

[17] *Id*.
[18] *Id*.

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

"Nutrition Information" and "Reference Guide" fact sheets (collectively, "Fact Sheets"), and **(ii)** a constellation of written, printed, and graphic matter, including website information and downloads, on-demand recordings, promotional materials, transition guides, usage instructions, and webinars ("Other Materials").

(53)     The RFB Defendants knew that clinicians (including registered dieticians) and others would read and rely on the PFB Products' back-of-pouch labels, Fact Sheets, and Other Materials (collectively, "Labeling and Advertising") when deciding whether and how to prescribe and use the PFB Products.

(54)     Through their Labeling and Advertising during the Relevant Period, the RFB Defendants directed clinicians (including registered dieticians) and others prescribing, ordering, and/or using the PFB Products to "[r]eplace 100% of calories with [RFB] meals" within 7+ days of first use.[19] Reinforcing this directive, the RFB Defendants stated in their Labeling and Advertising that the PFB Products were intended to be used by tube-fed children as the "primary source of nutrition" or—"on their own"—as "sole source nutrition."[20]

(55)     Illustrative of the RFB Defendants' nutrition claims in their Labeling and Advertising was this public statement made "coast to coast" during a webinar by Melissa

---

[19] *See, e.g.,* Real Food Blends, *Transitioning to Real Food Blends* (Mar. 2019), https://www.realfoodblends.com/wp-content/uploads/2019/03/Transitioning_To_RFB.pdf.
[20] *See, e.g.,* Nutricia N. Am., *Nutricia Product Reference Guide for U.S. Clinicians*, pp. 177-192 (stating, on multiple pages, that the PFB Products "can be used as a primary source of nutrition" and that users may decide, depending on patient needs, to add sodium and/or calcium); Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4 ("Real Food Blends meals can be used . . . on their own"); RealFood Blends, *Join us for a Real Food Blends Question & Answer Webinar*, YouTube (https://youtu.be/5Bixga5xiQY (stating that the PFB Products can be used as "sole source nutrition")).

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000011 of 000032

NOT ORIGINAL

02/25/2026 05:47:08

90450-189

Blandford, an RFB-employed registered dietician:

> . . . we get this question quite often: **Can Real Food Blends be used as a sole source of nutrition, and the answer is "Yes," it can be used as sole source nutrition** . . ..[21]

Even today, this webinar is accessible to the public through RFB's website and its YouTube channel. According to Ms. Blandford, the PFB Products are safe, well-tolerated, and improve health outcomes because they include only real foods: a fruit, a vegetable, lean protein, a whole grain, and healthy fat.[22]

(56)    According to the RFB Defendants' Labeling and Advertising, the RFB Defendants do not fortify the PFB Products with added (synthetic) vitamins or minerals because **(a)** added (synthetic) vitamins and minerals "smell" and can cause gastrointestinal ("GI") disturbances, and **(b)** dietitians "know" that "a blenderized diet can actually provide all the vitamins and minerals that a patient needs."[23]

(57)    If a clinician (including a registered dietician) or others decided, for whatever reason, to fortify PFB Products, the RFB Defendants published optional "tips" in their Labeling and Advertising, including this one: "consider" adding an additional calcium and sodium source or, "if micronutrients are a concern," a multivitamin.[24] These optional "tips" were published as discretionary suggestions, not requirements ("whatever works best for

---

[21] RealFood Blends, *Join us for a Real Food Blends Question & Answer Webinar*, YouTube (https://youtu.be/5Bixga5xiQY (emphasis added)).

[22] *Id.*

[23] *Id.*

[24] *See, e.g.,* Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4 ("You may want to consider . . . "); Nutricia N. Am., *Nutricia Product Reference Guide for U.S. Clinicians* (June 2022), p. 192 (stating that the addition of sodium (salt) and calcium are optional, and "[i]f micronutrients are a concern," a multivitamin "can be a simple solution").

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000012 of 000032

Filed        26-CI-90016 01/21/2026        Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL

02/25/2026 05:47:08

90450-189

you!"[25]).

**(58)** The RFB Defendants knew that clinicians (including registered dieticians) and others would read and rely on the nutrient values in the RFB Defendants' Labeling and Advertising, including, the Fact Sheets, to determine if the PFB Products met the daily intake targets for tube-fed children.

**(59)** The RFB Defendants warranted that the PFB Products were free from defects and guaranteed customer satisfaction.

### PHS, a Local Company, Provides Nutrition Support for Children with Medical Complexities

**(60)** PHS specializes in pediatric home services for "children with medical complexities."[26] It employs registered dietitians who work with a patient's clinicians "to provide comprehensive nutrition plans designed exclusively for kids." This includes "nutrition monitoring and intervention," and any other assistance required.[27]

**(61)** PHS offers for sale, and sells, an expansive inventory of formulas and food products "for sole nutrition or supplemental needs," depending on each child's unique clinical nutrition requirements.[28]

**(62)** PHS sells the PFB Products to families and tube-fed children in Kentucky and throughout the United States.

**(63)** PHS adopted, and did not disclaim, the RFB Defendants' warranties and guarantees, and PHS did not disclaim the implied warranties that arise by operation of law,

---

[25] Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4.
[26] https://www.pediatrichomeservice.com/about/.
[27] https://www.pediatrichomeservice.com/services/clinical-nutrition/.
[28] *Id.*

Filed

26-CI-90016 01/21/2026

Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

including the implied warranties of merchantability and fitness for a particular purpose.

### *Relying on the RFB Defendants' Advertising and Labeling, And PHS's Sales Support, L.M. Consumed the PFB Products*

**(64)**   L.M. was born on September 20, 2020.

**(65)**   At birth, L.M. was so small she could fit alongside a water bottle, underscoring her small size and clinical fragility.

**(66)**   Shortly thereafter, she was diagnosed with Trisomy 18 and Trisomy X. Trisomy 18 is a chromosomal condition associated with developmental challenges, small stature, and congenital organ anomalies. Trisomy X occurs in females with three chromosomes (XXX) instead of the usual two (XX) and can be associated with developmental delays, learning difficulties, and certain health concerns.

**(67)**   The prognosis for Trisomy 18 children is guarded; historically, fewer than 10 percent survive beyond the first year, and survivors often experience developmental delays. Feeding difficulties are common, and many require tube-fed nutrition.

**(68)**   L.M. is a Trisomy 18 survivor.

**(69)**   L.M. needed—and needs—a feeding tube to sustain nutrition.

**(70)**   In October 2022, at the age of 25 months, L.M.'s clinicians (including registered dieticians) prescribed and/or ordered the PFB Products for L.M.'s use and consumption.

**(71)**   L.M.'s clinicians (including registered dieticians) based this decision on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

**(72)**   L.M.'s clinicians (including registered dieticians) relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000014 of 000032

Filed                26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

**(73)** After coordination with PHS, the PFB Products were sold to Plaintiffs, and shipped by PHS to Plaintiffs' home. The PFB Products were used and consumed by L.M. in Means, Kentucky.

**(74)** L.M. and Plaintiffs relied on L.M.'s clinicians (including registered dieticians), the RFB Defendants' Labeling and Advertising, and PHS's specialized sales knowledge.

**(75)** After the recommended seven-day transition period, L.M. consumed—over the next 27 months an average of 4 to 5 pouches per day of the PFB Products—specifically, "Orange Chicken, Carrots & Brown Rice" ("Orange Chicken"), "Quinoa, Kale & Hemp" ("Quinoa") and "Salmon, Oats & Squash" ("Salmon").

**(76)** Relying on the RFB Defendants' Labeling and Advertising, including the Fact Sheets, L.M.'s clinicians (including registered dieticians) concluded that these products met L.M.'s full daily nutrition needs with supplemental (additional) sodium (salt), calcium, potassium, and vitamin D. Plaintiffs fortified accordingly.

**(77)** Vitamin C supplementation was not necessary because L.M. was or would be consuming an average of 4 to 5 pouches each day, and the Fact Sheets reported: **(i)** 25 mg of vitamin C per pouch for Orange Chicken, **(ii)** 9 mg of vitamin C per pouch for Quinoa, and **(iii)** 4 mg of vitamin C per pouch for Salmon.

**(78)** These vitamin C content values were material disclosures, and they were reported by the RFB Defendants because they were needed to fully inform clinicians (including registered dieticians), families, and others, of the PFB Products' use and safety for tube-fed children as a primary or sole source of nutrition.

**(79)** At the time of L.M.'s transition to the PFB Products, L.M. was making

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000015 of 000032

Filed                26-CI-90016 01/21/2026                Kelly Botts, Menifee Circuit Clerk

Filed

26-CI-90016 01/21/2026

Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

significant progress toward independent walking.

(80)     However, in May 2023—seven (7) months after starting her use and consumption of the PFB Products as the sole source of her nutrition—L.M. suffered a fracture to her left femur.

(81)     Around the same time, L.M.'s body started to fail silently. Over time, L.M. became inconsolable, screaming when picked up, flinching at diaper changes, and refusing to try to stand or walk. She suffered a regression in mobility. Her parents—Plaintiffs—became anxious, fearful, and distraught.

(82)     Over the course of the next 20 months, L.M. sustained other fractures, including another femur fracture (to the right femur) and two buckle fractures, and her symptoms worsened and grew to include:

    (a)     Anemia

    (b)     Bruises

    (c)     Fatigue

    (d)     Hair loss

    (e)     Irritability

    (f)     Internal bleeding

    (g)     Nosebleeds

    (h)     Oral abscesses

    (i)     Pain, including bone, joint, and muscle pain

    (j)     Poor wound healing

    (k)     Rashes

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000016 of 000032

Filed                    26-CI-90016 01/21/2026                    Kelly Botts, Menifee Circuit Clerk

Filed          26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

(l)  Sores

(m)  Tenderness

(n)  Weight loss

**(83)** During the same period, Plaintiffs and L.M.'s clinicians (including registered dietitians), struggled to pinpoint the cause of L.M.'s growing constellation of injuries, but no one suspected that the PFB Products were the culprit.

### The PFB Products Caused Vitamin C Deficiency and Advanced Scurvy

**(84)** On January 21, 2025, L.M. was admitted to UK HealthCare for observation. There, L.M.'s clinicians suspected—for the first time—that L.M. had vitamin C deficiency. On exam, L.M. presented with, among other things, bleeding gums, follicular hyperkeratosis, perifollicular hemorrhage, and severe pain.

**(85)** After a thorough diagnostic workup, L.M.'s clinicians confirmed that she was vitamin C deficient and diagnosed her with advanced Scurvy. While investigating the cause of her vitamin C deficiency, L.M.'s clinicians recommended an immediate switch from the PFB Products to a different tube-fed food source. Plaintiffs immediately discontinued use of the PFB Products.

**(86)** Before January 23, 2025, L.M.'s clinicians (including registered clinicians), had not identified the PFB Products as a possible cause of L.M.'s fractures and constellation of injuries.

**(87)** The PFB Products caused her vitamin C deficiency and advanced Scurvy; the PFB Products caused L.M's fractures and constellation of injuries.

**(88)** Because of L.M.'s prolonged vitamin C deficiency and the extended period

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000017 of 000032

-17-

NOT ORIGINAL
DOCUMENT
PM
02/25/2026 05:47:08
90450-189

over which she had Scurvy, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

**(89)** Despite the RFB Defendants' claimed expertise in specialized nutrition, their "years in research," and their stringent food safety standards, the PFB Products are and were defective and unreasonably dangerous.

**(90)** The RFB Defendants' Labeling and Advertising, including the Fact Sheets, are and were materially false and misleading.

**(91)** The PFB Products—specifically, the Orange Chicken, Quinoa, and Salmon products—have and had *no* **detectible vitamin C nutrients**—*none.*

**(92)** This is and was the direct and proximate cause of L.M.'s vitamin C deficiency and advanced Scurvy, and all of L.M. and Plaintiffs' injuries and damages.

**(93)** The RFB Defendants knew, or should have known, that the PFB Products are defective and unreasonably dangerous, and they knew, or should have known, that their Labeling and Advertising, including the Fact Sheets, are and were materially false and misleading.

### No Warning and No Recall,
### But the RFB Defendants Quietly Made Material Changes

**(94)** The RFB Defendants never warned Plaintiffs or L.M. about the defective and unreasonably dangerous nature of the PFB Products, and the RFB Defendants never issued a product recall.

**(95)** However, in or after February 2025, the RFB Defendants made material

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000018 of 000032

Filed          26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT

PM

02/25/2026 05:47:08

90450-189

changes to the nutrition claims in their Labeling and Advertising, including the Fact Sheets, which they obscured with statements like: "Updated Meals Are Here! Enjoy the same six meals with **minor** ingredient and nutrient changes, and updated pouch visuals."[29] Hidden was the RFB Defendants' new safety-critical reclassification, which it buried on website subpages in inconspicuous places[30] and small text on page 8 of a document linked to the website.[31]

(96)    Quietly reclassifying their products, the RFB Defendants abandoned their "sole source of nutrition" claim and made this statement for the first time and without fanfare:

> Real Food Blends meals are **not nutritionally complete**. If you use Real Food Blends as primary source of nutrition, **multivitamin & mineral supplementation is required**. . ."[32]

This is a material change from previous nutrition claims, instructions, and guidance.

(97)    At or about the same time, the RFB Defendants re-stated the nutrient values in their Labeling and Advertising, including the Fact Sheets, by making safety-critical changes. For example, the content value(s) for vitamin C in new Fact Sheets are now **virtually zero** for the Orange Chicken, Quinoa, and Salmon products.

(98)    These changes demonstrate that the RFB Defendants knew the PFB

---

[29] https://www.realfoodblends.com (emphasis added).

[30] *See, e.g.,* https://www.realfoodblends.com/faqs/ (second FAQ, fourth sentence) and https://www.realfoodblends.com/shop/product/quinoa-kale-hemp-12-meals (under "Administration" at second bullet point).

[31] *See* RFB's "Transition Guide" at https://www.realfoodblends.com/transitioning/. The "Transition Guide" is date coded "198096 6/25" and carries this copyright mark: "© 2025 Nutricia North America."

[32] *Id.* (emphasis added).

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000019 of 000032

-19-

Filed 26-CI-90016 01/21/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:47:08 PM
90450-189

Products were defective and unreasonably dangerous and knew their Labeling and Advertising, including the Fact Sheets, were false and misleading.

## CAUSES OF ACTION

### Count One:
### Fraud, Fraudulent Misrepresentation, and Fraudulent Concealment Against the RFB Defendants

(99)   Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

(100)   The RFB Defendants designed, formulated, manufactured, inspected, advertised, and distributed the PFB Products.

(101)   For tube-fed children, the RFB Defendants claim unique knowledge and expertise in specialized nutrition solutions.

(102)   The RFB Defendants spent years in research and development to create and design the PFB Products.

(103)   During the Relevant Period, the RFB Defendants advertised the PFB Products as a primary or sole source of nutrition for tube-fed children and knew they needed to ensure that the right amount (content) of each nutrient, including vitamin C, was in each product sold. It was the RFB Defendants' responsibility to ensure that the nutrients were present at or near the levels printed in their Labeling and Advertising, including, the Fact Sheets.

(104)   L.M., Plaintiffs, and L.M.'s clinicians (including registered dieticians), relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

(105)   The RFB Defendants' Labeling and Advertising, including the Fact Sheets,

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000020 of 000032

-20-

Filed 26-CI-90016 01/21/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:47:08 PM
90450-189

were false and misleading because, among other reasons, the PFB Products were not nutritionally adequate as a primary or sole source of nutrition without separate vitamin supplementation.

(106)    The RFB Defendants knew, or should have known, that their nutrition claims and vitamin C content values were false and misleading. They had a duty to disclose the falsity of their nutrition claims and nutrient content values, but the RFB Defendants did not. Instead, the RFB Defendants concealed material facts.

(107)    This non-disclosure and concealment induced L.M.'s clinicians (including registered dieticians) to prescribe and/or order, and Plaintiffs to purchase, the PFB Products; and the RFB Defendants' misconduct prevented L.M.'s clinicians (including registered dieticians) and Plaintiffs from discovering timely that the PFB Products were the culprit of L.M.'s injuries.

(108)    The RFB Defendants are liable for fraud, fraudulent misrepresentation, and fraudulent concealment.

(109)    As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(110)    As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Two:
### Strict Liability Against the RFB Defendants, John Doe, and PHS

(111)    Plaintiffs reallege the previous paragraphs in this Complaint as if set forth

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000021 of 000032

Filed                26-CI-90016 01/21/2026                Kelly Botts, Menifee Circuit Clerk

Filed                26-CI-90016 01/21/2026        Kelly Botts, Menifee Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:47:08

90450-189

herein verbatim.

(112)   The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children, and their families.

(113)   Plaintiffs and L.M. used and consumed the PFB Products in a manner reasonably anticipated by the RFB Defendants, John Doe, and PHS.

(114)   The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

(115)   When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were **(a)** improperly designed, formulated, manufactured, and inspected, **(b)** adulterated, **(c)** advertised with false and misleading nutrition claims and false and misleading nutrient content values, including vitamin C, **(d)** misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

(116)   The RFB Defendants, John Doe, and PHS are strictly liable under KRS §411.300, *et seq*.

(117)   As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000022 of 000032

NOT ORIGINAL
DOCUMENT
PM
02/25/2026 05:47:08
90450-189

altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

**(118)** As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Three:
### Negligence Against the RFB Defendants, John Doe, and PHS

**(119)** Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

**(120)** The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children and others whose physical and pathological conditions require dietary management and modified nutrition.

**(121)** Plaintiffs and L.M. used and consumed the PFB Products in a manner reasonably anticipated by the RFB Defendants, John Doe, and PHS.

**(122)** The RFB Defendants, John Doe, and PHS owed duties of reasonable care to L.M. and Plaintiffs, but the RFB Defendants, John Doe, and PHS breached those duties.

**(123)** When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were **(a)** improperly designed, formulated, manufactured, and inspected, **(b)** adulterated, **(c)** advertised with false and misleading nutrition claims and false and misleading nutrient content values, including vitamin C content, **(d)** misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000023 of 000032

Filed 26-CI-90016 01/21/2026  Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:47:08 PM

90450-189

primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

**(124)** The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

**(125)** The RFB Defendants, John Doe, and PHS are negligent under KRS §411.300, *et seq.*, and/or general principles of negligence. Plaintiffs allege this Count Three in addition to, and/or as an alternative to, Count Two.

**(126)** As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

**(127)** As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Four:
### *Negligence Per Se Against the RFB Defendants, John Doe, and PHS*

**(128)** Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

**(129)** The Kentucky Food, Drug & Cosmetic Act (the "Kentucky FDCA"), KRS § 217.005 *et seq.*, prohibits the manufacture and sale of adulterated and misbranded foods, including foods for special dietary use, and were intended to protect consumers— including medically fragile tube-fed children and their families—from unsafe and

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000024 of 000032

Filed  26-CI-90016 01/21/2026  Kelly Botts, Menifee Circuit Clerk

Filed  26-CI-90016 01/21/2026  Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:47:08
PM
90450-189

deceptively labeled food products.

(130)   When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were **(a)** improperly designed, formulated, manufactured, and inspected, **(b)** adulterated, **(c)** advertised with false and misleading nutrition claims and false and misleading nutrient content values, including vitamin C content, **(d)** misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

(131)   The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

(132)   The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children and their families. These persons are members of the class of people the Kentucky FDCA was designed to protect, and L.M.'s constellation of injuries are the types of harms the Kentucky FDCA was intended to prevent.

(133)   This constitutes negligence *per se*.

(134)   As a result of the RFB Defendants, John Doe, and PHS's negligent misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000025 of 000032

Filed  26-CI-90016 01/21/2026  Kelly Botts, Menifee Circuit Clerk

Filed          26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:47:08 PM

90450-189

endured trauma, pain and suffering, and serious emotional distress, which continues today.

(135)   As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Five:
### Violation of Kentucky Consumer Protection Act
### Against the RFB Defendants, John Doe, and PHS

(136)   Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

(137)   The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children, and their families.

(138)   The RFB Defendants, John Doe, and/or PHS designed, formulated, manufactured, inspected, advertised, distributed, and sold the PFB Products to Plaintiffs, for use and consumption by L.M., for personal, family, and/or household purposes.

(139)   Relying on RFB Defendants' Labeling and Advertising, including the Fact Sheets, and PHS's support, L.M.'s clinicians (including registered dieticians) prescribed, and Plaintiffs purchased, the PFB Products for L.M.

(140)   Plaintiffs purchased the PFB Products from PHS as the RFB Defendants' authorized distributor or agent. The RFB Defendants distributed the PFB Products with express warranties and guarantees.

(141)   PHS adopted, or did not disclaim, the RFB Defendants' warranties and guarantees, and PHS did not disclaim those implied warranties that arise by operation of

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000026 of 000032

Filed          26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

Filed 26-CI-90016 01/21/2026

NOT ORIGINAL DOCUMENT

02/25/2026 05:47:08 PM

90450-189

law, including the implied warranties of merchantability and fitness for a particular purpose.

(142)   The RFB Defendants, John Doe, and PHS violated the Kentucky Consumer Protection Act (the "KCPA"), KRS § 367.110, *et seq.*, by, among other things, **(a)** making false and misleading claims about the PFB Products; **(b)** failing to disclose and concealing material facts; **(c)** using nutrition claims and nutrient content values that were likely to mislead reasonable consumers, including L.M., Plaintiffs, and L.M.'s clinicians (including registered dieticians); and **(d)** otherwise engaging in unconscionable, deceptive, and misleading practices in the marketing, advertising, labeling, promotion, and sale of the PFB Products.

(143)   The RFB Defendants, John Doe, and PHS's false, misleading, and deceptive acts and practices induced the purchase of the PFB Products.

(144)   As a result of the RFB Defendants, John Doe, and PHS's false, misleading, and deceptive acts and practices, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(145)   As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Six:
### Breach of Express and Implied Warranties
### Against the RFB Defendants and PHS

(146)   Plaintiffs reallege the previous paragraphs in this Complaint as if set forth

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000027 of 000032

NOT ORIGINAL

02/25/2026 05:47:08

90450-189

herein verbatim.

(147)    The RFB Defendants distributed the PFB Products with express warranties and guarantees.

(148)    PHS adopted, or did not disclaim, the RFB Defendants' warranties and guarantees, and PHS did not disclaim those implied warranties that arise by operation of law, including the implied warranties of merchantability and fitness for a particular purpose.

(149)    Plaintiffs relied on these warranties and guarantees when purchasing and using—and L.M. relied on these warranties and guarantees when consuming—the PFB Products.

(150)    As a result of the RFB Defendants and PHS's breaches of these warranties and guarantees, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(151)    As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Seven:
### Damages

(152)    Plaintiffs reallege and reincorporate all previous paragraphs as if fully set forth herein.

(153)    As the direct and proximate cause of facts stated herein, Plaintiffs and L.M. are entitled to recover all damages permitted by Kentucky law, including:

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000028 of 000032

NOT ORIGINAL

02/25/2026 05:47:08

90450-189

**(a)**     Compensatory damages;

**(b)**     Consequential damages;

**(c)**     Costs of litigation, including, but not limited to, expenses;

**(d)**     Economic damages;

**(e)**     General damages;

**(f)**     Incidental damages;

**(g)**     Losses of all types, including, but not limited to, loss of capacity for the enjoyment of life, loss of consortium, lost wages and/or loss of earning capacity, and lost services;

**(k)**     Medical costs and expenses;

**(l)**     Mental anguish, fright, shock, and terror;

**(m)**     Non-economic damages;

**(n)**     Pain and suffering;

**(o)**     Punitive damages, as set forth in Count Eight; and

**(p)**     Attorneys' fees and expenses under KRS § 367.170.

### Count Eight:
### Punitive Damages Against the RFB Defendants

(154) Plaintiffs reallege and reincorporate all previous paragraphs as if fully set forth herein.

(155) The RFB Defendants designed, formulated, manufactured, inspected, advertised, and sold the PFB Products.

(156) For tube-fed children, the RFB Defendants claim unique knowledge and

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000029 of 000032

NOT ORIGINAL DOCUMENT

02/25/2026 05:47:08 PM

90450-189

expertise in specialized nutrition solutions.

(157)   The RFB Defendants spent years in research and development to create and design the PFB Products.

(158)   During the Relevant Period, the RFB Defendants advertised the PFB Products as a primary or sole source of nutrition for tube-fed children and knew they needed to ensure that the right amount (content) of each nutrient, including vitamin C, was in each product sold. It was the RFB Defendants' responsibility to ensure that the nutrients were present at or near the levels printed in their Labeling and Advertising, including, the Fact Sheets.

(159)   L.M., Plaintiffs, and L.M.'s clinicians (including registered dieticians) relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

(160)   The RFB Defendants had a duty to disclose the falsity of their nutrition claims and nutrient content values, but the RFB Defendants did not. Instead, the RFB Defendants concealed material facts.

(161)   This non-disclosure and concealment induced L.M.'s clinicians (including registered dieticians) to prescribe and/or order, and Plaintiffs to purchase, the PFB Products; and the RFB Defendants' misconduct prevented L.M.'s clinicians (including registered dieticians) and Plaintiffs from timely discovering that the PFB Products were the culprit of L.M.'s constellation of injuries.

(162)   The RFB Defendants' misconduct was willful, wanton, grossly negligent and/or taken with reckless disregard for the safety of the families and children who depend, or depended, on PFB Products for life-sustaining nutrition.

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000030 of 000032

Filed          26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:47:08 PM
90450-189

**(163)**   Such conduct justifies an award of punitive damages to punish the RFB Defendants and deter similar misconduct.

## DEMAND FOR JURY TRIAL

**(164)**   Plaintiffs demand a trial by jury on all issues raised herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully request that the **Court   and Clerk issue process and summons** to all Defedants as provided by law, and:

- The Court enter judgment against the RFB Defendants, John Doe, and PHS;
- Plaintiffs receive a trial by jury;
- Attorney fees;
- Pre- and post-judgment interest;
- Costs herein expended;
- The jury award all damages, including punitive damages, in amount(s) consistent with their enlightened conscience; and
- The Court award such other relief as is just and proper.


Respectfully submitted by,

Nicholas K. Haynes, Esq. (KY No. 91112)
**THOMAS LAW OFFICES, PLLC**
9418 Norton Commons Blvd., Ste. 200
Prospect, Kentucky 40059
Nick.Haynes@ThomasLawOffices.com
P: (502) 293-5484
F: (502) 293-5495
*Counsel for Plaintiffs*

[*Pro Hac Vice* Applications to Follow]

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000031 of 000032

Filed          26-CI-90016 01/21/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL

02/25/2026 05:47:08

90450-189

## <u>CR 5.02 ELECTION OF ELECTRONIC SERVICE</u>

Come Plaintiffs, by and through counsel, and, pursuant to CR 5.02, elects to effectuate and receive service via electronic means to and from all other attorneys or parties in the action. **Electronic service shall be made to** Nick.Haynes@ThomasLawOffices.com, Barbara.Johnson@ThomasLawOffices.com.

_____
Nicholas K. Haynes, Esq.
*Counsel for Plaintiffs*

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000032 of 000032

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **26-CI-90016**
Court: **CIRCUIT**
County: **MENIFEE**

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:47:17

90450-189

---

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO: **NUTRICIA NORTH AMERICA, INC.**
   **9900 BELWARD CAMPUS DRIVE**
   **SUITE 100**
   **ROCKVILLE, MD 20850**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **1/21/2026**

**Presiding Judge: HON. ELIZABETH DAVIS (621472)**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

**CI : 000001 of 000001**

---

Summons ID: @90005941238
CIRCUIT: 26-CI-90016 Long Arm Statute – Secretary of State
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF



Page 1 of 1

*eFiled*

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI | | Case #: **26-CI-90016** |
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **MENIFEE** |
| Court of Justice  *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plaintiff,* MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF, *Defendant*

TO: **REAL FOOD BLENDS, LLC**
   **119 S. CALUMET ROAD**
   **SUITE 220**
   **CHESTERTON, IN 46304**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*KBotts*

Menifee Circuit Clerk
Date: **1/21/2026**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---

Summons ID: @90005941239
CIRCUIT: 26-CI-90016 Long Arm Statute – Secretary of State
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF



Page 1 of 1

Presiding Judge: HON. ELIZABETH DAVIS (621472)

CI : 000001 of 000001

NOT ORIGINAL
DOCUMENT
02/25/2026 05:48:05
PM
90450-189

eFiled



| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **26-CI-90016**<br>Court: **CIRCUIT**<br>County: **MENIFEE** |

DOCUMENT

PM

NOT ORIGINAL
02/25/2026 05:48:15

90450-189

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO:  **JOHN DOE CONTRACT MANUFACTURER**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **1/21/2026**

**Presiding Judge: HON. ELIZABETH DAVIS (621472)**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

_____
Served By

_____
Title

**CI : 000001 of 000001**

Summons ID: @90005941240
CIRCUIT: 26-CI-90016 Return to Filer for Service
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF

Page 1 of 1



eFiled

| | | |
|---|---|---|
| AOC-E-105       Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **26-CI-90016**<br>Court:   **CIRCUIT**<br>County: **MENIFEE** |

DOCUMENT

PM

NOT ORIGINAL
02/25/2026 05:48:26

90450-189

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO:  **CORPORATE CREATIONS NETWORK, INC.**

   **101 NORTH SEVENTH STREET**

   **LOUISVILLE, KY 40202**

Memo: Related party is DANONE NORTH AMERICA PUBLIC BENEFIT CORP.

The Commonwealth of Kentucky to Defendant:
**DANONE NORTH AMERICA PUBLIC BENEFIT CORP.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **1/21/2026**

Presiding Judge: HON. ELIZABETH DAVIS (621472)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To:  _____

☐ Not Served because:  _____

Date:  _____ , 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @90005941241
CIRCUIT: 26-CI-90016 Certified Mail
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF



Page 1 of 1

*e*Filed



| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI | | Case #: **26-CI-90016** |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **MENIFEE** |
| Court of Justice    *Courts.ky.gov* | **CIVIL SUMMONS** | |
| CR 4.02; Cr Official Form 1 | | |

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO: **CT CORPORATION SYSTEM**

**306 WEST MAIN STREET**

**SUITE 512F**

**FRANKFORT, KY 40601**

Memo: Related party is RSVP EQUIPMENT OF GREATER CINCINNATI, LLC

The Commonwealth of Kentucky to Defendant:
**RSVP EQUIPMENT OF GREATER CINCINNATI, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **1/21/2026**

**Presiding Judge: HON. ELIZABETH DAVIS (621472)**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

**CI : 000001 of 000001**

Summons ID: @90005941242
CIRCUIT: 26-CI-90016 Certified Mail
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF



Page 1 of 1

eFiled

**Commonwealth of Kentucky**

**Kelly Botts, Menifee Circuit Clerk**

NOT ORIGINAL DOCUMENT

02/25/2026 05:48:54 PM

**Case #: 26-CI-90016**                    **Envelope #: 12640213**

**Received From: NICK HAYNES**                    **Account Of: NICK HAYNES**

90450-189

**Case Title: MORRIS, JOSHUA C ET AL VS. DANONE NORT AMERICA PUBLIC BENEF**    **Confirmation Number: 214568337**

**Filed On** 1/21/2026   3:18:20PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 3 | Money Collected For Others(Postage) | $42.76 |
| 4 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 5 | Money Collected For Others(Secretary of State Electronic Services) | $20.00 |
| 6 | Money Collected For Others(Secretary of State Service Copies) | $6.80 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Attestation) | $0.50 |
| 9 | Charges For Services(Copy - Photocopy) | $6.80 |
| 10 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $341.86 |

AL DOCUMENT

PM

Menifee County

Kelly Botts

Circuit Court Clerk

**Receipt Number: 21-0002333-A**

DATE: 01/22/2026

TIME: 08:04 AM EST

*** (Z) OTHER TYPE RECEIPT ***

**CASE NO: 26-CI-90016**

RECEIVED FROM: NICK HAYNES

ACCOUNT OF: MORRIS, JOSHUA C ET AL
VS. DANONE NORTH AMERICA PUBLIC
BENEF

PARTY NAME: NICK HAYNES

| | | |
|---|---|---|
| 1. | ATJ Fee (1) | $20.00 |
| 2. | Civil Filing Fee (Q) | $150.00 |
| 3. | Court Technology MCFO(K(CT)) | $20.00 |
| 4. | Att Tax Fee MCFO(K(Q)) | $5.00 |
| 5. | Jury Demand / 12 CS(W(M)) | $70.00 |
| 6. | Postage MCFO(K(H)) | $42.76 |
| 7. | Copy - Photocopy CS(W(F)) | $6.80 |
| 8. | Secretary of State Electronic Service MCFO(K(SOSES)) | $20.00 |
| 9. | Secretary of State Service Copies MCFO(K(SOSSC)) | $6.80 |
| 10. | Attestation CS(W(C)) | $0.50 |
| | TOTAL: | $341.86 |

| | |
|---|---|
| CREDIT CARD: | $341.86 |
| ***DIFF: | $0.00 |

*** Credit Card Invoice #: 214568337

*** MultiReceipt/MassReceipt Transaction ***

Reprint : 1/22/2026   3:09:09PM

Prepared By: webpay64

Pay Online Visit:

www.kycourts.gov    and click on Pay Fine/Fee.

Reprint

Filed                    26-CI-90016    01/28/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:49:50 PM

90450-189

 **UNITED STATES POSTAL SERVICE**₌

Date Produced: 01/28/2026

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8353 1923 75. Our records indicate that this item was delivered on 01/27/2026 at 01:34 p.m. in LOUISVILLE, KY 40202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATE CREATIONS NETWORK, INC.
101 NORTH SEVENTH STREET
LOUISVILLE KY 40202

Customer Reference Number:       C6517399.39876472

Filed                    26-CI-90016    01/28/2026          Kelly Botts, Menifee Circuit Clerk

COR : 000001 of 000002

Filed          26-CI-90016          01/28/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL

DOCUMENT

PM

02/25/2026 05:49:50

90450-189

USPS MAIL PIECE TRACKING NUMBER:  420402029236000494038353192375

MAILING DATE:          01/22/2026
DELIVERED DATE:    01/27/2026
Custom 1: DriverId-12640213
Custom 2: PartyId-81631047
Custom 3: SummonsNum-@90005941241
Custom 4: CentralMailId-279650
Custom 5: Source County-MENIFEE

MAIL PIECE DELIVERY INFORMATION:

CORPORATE CREATIONS NETWORK, INC.
101 NORTH SEVENTH STREET
LOUISVILLE KY 40202

MAIL PIECE TRACKING EVENTS:

| | | | |
|---|---|---|---|
| 01/22/2026 15:13 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | | FRANKFORT,KY 40601 |
| 01/22/2026 16:28 | SHIPMENT RECEIVED ACCEPTANCE PENDING | | FRANKFORT,KY 40601 |
| 01/23/2026 18:20 | ORIGIN ACCEPTANCE | | FRANKFORT,KY 40601 |
| 01/23/2026 19:35 | PROCESSED THROUGH USPS FACILITY | | LOUISVILLE,KY 40221 |
| 01/25/2026 19:38 | PROCESSED THROUGH USPS FACILITY | | LOUISVILLE,KY 40221 |
| 01/27/2026 13:34 | DELIVERED FRONT DESK/RECEPTION/MAIL ROOM | | LOUISVILLE,KY 40202 |

COR : 000002 of 000002

Filed 26-CI-90016 01/30/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:49:58
PM
90450-189

# UNITED STATES POSTAL SERVICE™

Date Produced: 01/30/2026

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8353 1923 99. Our records indicate that this item was delivered on 01/29/2026 at 09:07 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CT CORPORATION SYSTEM
306 WEST MAIN STREET
SUITE 512F
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number:     C6517399.39876482

Filed    26-CI-90016    01/30/2026    Kelly Botts, Menifee Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:49:58

90450-189

USPS MAIL PIECE TRACKING NUMBER:  420406019236000494038353192399

MAILING DATE:         01/22/2026
DELIVERED DATE:    01/29/2026
Custom 1: DriverId-12640213
Custom 2: PartyId-81631048
Custom 3: SummonsNum-@90005941242
Custom 4: CentralMailId-279651
Custom 5: Source County-MENIFEE


MAIL PIECE DELIVERY INFORMATION:

CT CORPORATION SYSTEM
306 WEST MAIN STREET
SUITE 512F
FRANKFORT KY 40601


MAIL PIECE TRACKING EVENTS:

| 01/22/2026 15:13 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 01/22/2026 16:28 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 01/23/2026 18:21 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 01/23/2026 19:36 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 01/24/2026 18:14 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 01/28/2026 00:37 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 01/29/2026 02:37 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 01/29/2026 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 01/29/2026 09:07 | DELIVERED INDIVIDUAL PICKED UP AT PO | FRANKFORT,KY 40601 |

COR : 000002 of 000002

Filed          26-CI-90016 01/02/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT**
**DIVISION NO. ___**
**CIVIL ACTION NO. 26-CI-_____**

JOSHUA C. MORRIS AND BRITTANY N.                    **PLAINTIFFS**
MORRIS, INDIVIDUALLY, AND AS NEXT
FRIENDS OF, L.M., A MINOR

v.                                    <u>**Complaint**</u>

DANONE NORTH AMERICA PUBLIC BENEFIT          **DEFENDANTS**
CORPORATION;
NUTRICIA NORTH AMERICA, INC.;
REAL FOOD BLENDS, LLC;
RSVP EQUIPMENT OF GREATER CINCINNATI, LLC
d/b/a PEDIATRIC HOME SERVICE; and
JOHN DOE CONTRACT MANUFACTURER

*Service Instructions:*

**Danone North America Public Benefit Corporation**
1 Maple Ave
White Plains, New York, 10605

> **Serve via**    **Corporate Creations Network, Inc.**
> **Registered**   **101 North Seventh Street**
> **Agent:**       **Louisville, Kentucky, 40202**

and

**Nutricia North America, Inc.**
9900 Belward Campus Drive, Suite 100
Rockville, Maryland 20850

> **Serve via**     **9900 Belward Campus Drive, Suite 100**
> **Kentucky**      **Rockville, Maryland 20850**
> **Secretary**
> **of State:**

and

Filed          26-CI-90016 01/02/2026          Kelly Botts, Menifee Circuit Clerk

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000001 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000001 of 000038

Filed    26-CI-90016 01/02/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

**Real Food Blends, LLC**
119 S Calumet Rd, Suite 220
Chesterton, Indiana 46304

|  |  |
|---|---|
| **Serve via Kentucky Secretary of State:** | **119 S Calumet Rd, Suite 220 Chesterton, Indiana 46304** |

and

**RSVP Equipment of Greater Cincinnati, LLC d/b/a Pediatric Home Service**
4300 Boron Drive
Covington, Kentucky, 41015

|  |  |
|---|---|
| **Serve via Registered Agent:** | **CT Corporation System 306 West Main Street, Suite 512 F Frankfort, Kentucky 40601** |

and

**John Doe Contract Manufacturer**

|  |  |
|---|---|
| **Serve:** | **Service Information Unknown** |

COME NOW Plaintiffs and file this Complaint for damages, showing the Court as follows:

<strong>STATEMENT OF THE CASE</strong>

**(1)** L.M., a medically fragile toddler, requires enteral (tube) feeding for all of her nutritional needs. Her parents are Joshua C. Morris and Brittany N. Morris.

**(2)** Plaintiffs, individually, and as next friends of L.M., filed this lawsuit because of the injuries and damages they—and L.M.—sustained because of L.M.'s use and consumption of Real Food Blends' "Pureed Food Blend" meal products (the "PFB Products"), which are and were **(a)** designed, formulated, advertised, and distributed by

Filed    26-CI-90016 01/02/2026    -2-    Kelly Botts, Menifee Circuit Clerk

Filed    26-CI-90016 01/02/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:08 PM

90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000003 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000003 of 000038

Real Food Blends, LLC ("RFB"), and its parent companies, Defendants Danone North America Public Benefit Corporation ("Danone PBC"), and Nutricia North America, Inc. ("Nutricia") (collectively, the "RFB Defendants"); **(b)** manufactured and inspected—according to the RFB Defendants' specifications—by the RFB Defendants and/or under contracts with and by John Doe Contract Manufacturer ("John Doe"), and **(c)** sold by the RFB Defendants and Defendant SVP Equipment of Greater Cincinnati, LLC, d/b/a Pediatric Home Service ("PHS").

(3)     The PFB Products are "foods for special dietary use," within the meaning of 21 U.S.C. § 343(j) and 21 C.F.R. § 105.3, because they are formulated and promoted for tube-fed children and tube-fed adults whose physical and pathological conditions require dietary management and modified nutrition.

(4)     From January 2020 to the present (the "Relevant Period"), the RFB Defendants and PHS advertised, distributed, and sold the PFB Products for tube-fed children, among others.

(5)     From October 2022 to January 22, 2025, the PFB Products were prescribed and/or ordered for L.M.'s use and consumption, and she consumed an average of 4 to 5 pouches of the PFB Products each day. During this period, L.M.'s little body started to fail silently as she suffered a constellation of injuries.

(6)     On or about January 21, 2025, L.M. was admitted for observation to the University of Kentucky Medical Center d/b/a UK HealthCare ("UK HealthCare"); there, clinicians determined, to their surprise, that L.M. was vitamin C deficient and diagnosed her with advanced Scurvy.

Filed    26-CI-90016 01/02/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

**(7)**    The PFB Products caused L.M.'s vitamin C deficiency and advanced Scurvy. The PFB Products irreparably injured L.M., changed the trajectory of her fragile life, and caused Plaintiffs—and L.M.—permanent injuries, trauma, and pain and suffering, as well as serious emotional distress, which continues today.

**(8)**    The RFB Defendants, John Doe, and PHS are liable to Plaintiffs, individually, and as next friends of L.M., as set forth below. The causes of action set forth in this Complaint are not time-barred by any statute of limitation, statute of repose, and/or any other doctrine, theory, and/or legal defense.

**PARTIES**

**(9)**    Plaintiffs, including L.M., are citizens of, and are domiciled in, Means, Kentucky. They are residents of Menifee County, Kentucky.

**(10)**    Danone PBC is a Delaware limited liability company with its principal office in the State of New York.

**(11)**    Nutricia is a subsidiary of Danone PBC. Nutricia is a Delaware company with its principal office in the State of Maryland.

**(12)**    RFB is a subsidiary of Nutricia. RFB is an Indiana limited liability company with its principal office in the State of New York.

**(13)**    John Doe is the contract manufacturer for the RFB Defendants.

**(14)**    PHS is an authorized distributor and agent for the RFB Defendants. PHS has offices across the United States, including in Frankfort and London, Kentucky. PHS is a Kentucky limited liability company with its principal office in the Commonwealth of Kentucky.

Filed   26-CI-90016   01/02/2026   Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000005 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000005 of 000038

**(15)** At all times material to this Complaint, the PFB Products were prescribed and/or ordered for L.M.'s use and consumption; placed in the stream of commerce by the RFB Defendants, John Doe, and PHS; sold by PHS to Plaintiffs; shipped by PHS to Plaintiffs' home; and used and consumed by L.M.

**(16)** Plaintiffs and L.M. reside in Means, Kentucky, where they were injured and damaged.

**(17)** The RFB Defendants and PHS were served with process. Service of process, including the process itself, was sufficient and proper.

**(18)** Despite Plaintiffs' diligence, they have been unable to determine the identity of John Doe because the RFB Defendants have declined to identify it.

**JURISDICTION AND VENUE**

**(19)** Subject matter jurisdiction is proper under KRS § 23A.010 because this Court has original jurisdiction over all causes not exclusively vested in another court.

**(20)** Personal jurisdiction over the RFB Defendants, John Doe, and PHS is proper under KRS §§ 454.210 and 452.460 because these defendants placed the PFB Products in the stream of commerce and distributed, sold, and/or transacted business within the Commonwealth. The PFB Products were used and consumed by L.M. in Means, Kentucky; and Plaintiffs and L.M. were injured and damaged there.

**(21)** Venue is proper under KRS §§ 454.210 and 452.460 because Plaintiffs and L.M. reside in, their claims arose in, and they were injured in, Means, Kentucky.

Filed   26-CI-90016   01/02/2026   Kelly Botts, Menifee Circuit Clerk

Filed                 26-CI-90016 01/22/2026

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:50:08

90450-189

## FACTS

### *Danone is a Multi-Billion Dollar Food Products Conglomerate*

**(22)** Danone S.A., a non-party, is a multinational food products conglomerate based in Paris, France. In 2024, it reported total income of $3.1 billion. It is the ultimate parent company of at least 250+ food-related subsidiaries.

**(23)** The Danone family of companies (collectively, "Danone") organize their global brands into three categories:

- Essential Dairy and Plant-Based Products;

- Waters; and

- Specialized Nutrition.

**(24)** According to Danone, it has "over 125 years of expertise in Specialized Nutrition."[1] It "research[s] the specific nutritional needs of babies and patients, and pioneer[s] products and services that support families, patients, and healthcare professionals" to make "informed choices on nutrition and health."[2]

**(25)** All Danone products are "based on the latest scientific knowledge," and comply with regulatory and food safety requirements as well as "our own stringent Danone standards."[3] To ensure this, Danone performs "internal and external audits throughout the value chain," and its "internal food safety experts" scan for risks.[4]

**(26)** Danone employs "rigorous quality testing, striving for quality excellence . . .

---

[1] *See* https://www.danone.com/brands.html.

[2] *Id.*

[3] *See* https://www.danone.com/sustainability/our-approach/quality-and-food-safety.html.

[4] *Id.*

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:08 PM

90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000007 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000007 of 000038

from design to market delivery" because the "safety and quality" of Danone's food products are its "top priority."[5]

### *Danone Owns Nutricia*

(27)   In the United States, Danone operates a web of companies, including Danone PBC.

(28)   The website for Danone PBC promotes the "science-based nutritional solutions" developed and sold by Nutricia.[6]

(29)   Nutricia is a subsidiary of Danone PBC.

(30)   Danone PBC sets policies for Nutricia, owns Nutricia's brand architecture, runs Nutricia's core functions, and directs and controls Nutricia.

(31)   According to its website, Nutricia is an "expert" in nutrition. Nutricia—through "[e]vidence-based discovery"—leverages "the latest scientific insights" to develop "breakthrough" nutritional solutions.[7]

(32)   Nutricia has a Research & Innovations Centre in Utrecht, The Netherlands.[8] From this "global hub for nutritional science and technology," Nutricia employs "700 passionate employees with expertise in life & food science, technology and user experience"—their singular focus is to "develop nutritional solutions."[9]

(33)   For tube-fed children and tube-fed adults, Nutricia claims unique

---

[5] *Id.*

[6] *See* https://www.danonenorthamerica.com/our-brands.html.

[7] *See* https://www.nutricia.com/specialize.html.

[8] *See* https://www.nutricia.com/discover/research.html.

[9] *Id.*

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:08 PM

90450-189

knowledge.[10] For example, Nutricia knows that "[m]any nutrients, particularly vitamins, have a tendency to naturally break down over time, some faster than others."[11]

(34) Since many children use Nutricia's Neocate and/or other Nutricia products, like the PFB Products, to meet their full nutritional needs, "it's very important" to Nutricia "that the right amount of each nutrient is in the product."[12]

(35) It is Nutricia's responsibility "to ensure that the nutrients in the product are going to be present at the levels printed on the label."[13]

(36) Nutricia "understands the importance of optimal nutritional support."[14]

(37) Despite its expertise in science-based nutritional solutions, Nutricia has a documented history of product safety concerns. In 2017, a Yale University study, led by Luisa F. Gonzalez Ballesteros, linked Nutricia's Neocate baby formula to bone disease caused by inadequate minerals.

(38) The 2017 study prompted significant litigation against Nutricia, much of which remains ongoing. Around the same time, Nutricia reformulated Neocate and issued new infant formula labels.

### RFB is the Alter Ego and Mere Instrumentality of Danone PBC and Nutricia

(39) Founded in 2012 by Julie and Tony Bombacino, RFB manufactures and distributes the PFB Products, which are sold as ready-to-eat blenderized tube feeding

---

[10] *See* https://www.nutricia.com/specialize/enteralfeeding. html.
[11] *See* neocate.com/living-with-food-allergies-blog/neocate-actually-expire/.
[12] *Id.*
[13] *Id.*
[14] *See* https://www.nutricia.com/specialize/enteralfeeding. html.

Filed   26-CI-90016   01/22/2026

Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000009 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000009 of 000038

meals made from real, whole foods.

(40)  The PFB Products are packaged foods regulated under the federal Food, Drug, and Cosmetic Act ("FDCA") and its implementing regulations.

(41)  The PFB Products are regulated as "foods for special dietary use," within the meaning of 21 U.S.C. § 343(j) and 21 C.F.R. § 105.3, because they are formulated and promoted for tube-fed children and others whose physical and pathological conditions require dietary management and modified nutrition.

(42)  The PFB Products are subject to labeling rules under 21 U.S.C. § 343 (misbranding and nutrition-labeling for foods), and 21 C.F.R. § 101.9 (nutrition facts and accuracy requirements for vitamin and mineral declarations).

(43)  According to RFB, it spent years in research and development to formulate the PFB Products. RFB claims the PFB Products bring life-changing and life-saving nutrition to people in need.

(44)  Central to RFB's brand story is the Bambacinos' personal proof: their own tube-fed son failed commercial formulas but thrives on the PFB Products.

(45)  In an October 21, 2020 press release,[15] "Nutricia, part of world-leading . . . nutrition company, Danone," announced the acquisition of RFB. There, Nutricia's CEO acknowledged that tube-fed children "rely" on RFB and the PFB Products, which are "unique."[16]

(46)  RFB holds itself out as a Nutricia brand, states that its products are

---

[15] *See* Carolyn.sklar@danone.com, *Specialized Nutrition Pioneer Nutricia Welcomes Real Food Blends* (Press Release, Oct. 21, 2020), https://www.nutricia.com/latest-news/21-oct-20.html.
[16] *Id.*

Nutricia's products, and offers a product satisfaction guarantee from Nutricia.

**(47)** RFB's website states: "At Nutricia, we proudly stand behind our products and quality controls."[17]

**(48)** Danone and Nutricia set policies for RFB, own RFB's brand architecture, run RFB's core functions, and direct and control RFB. On information and belief, Danone and Nutricia direct and control **(a)** RFB's product development and quality control, and **(b)** RFB's advertising, labeling, and nutrition claims.

**(49)** RFB's personnel are Nutricia employees with Danone email addresses. RFB is the alter ego of, and a mere instrumentality for, Danone and Nutricia.

### The PFB Products During the Relevant Period

**(50)** From January 1, 2020 to the present (the "Relevant Period"), the RFB Defendants contracted with John Doe to manufacture and package—in accordance with RFB's specifications—the PFB Products.

**(51)** During this period, the PFB Products were sold in individual pouches "nationwide through DMEs, medical supply, home infusion companies and GPOs or direct via RealFoodBlends.com and Amazon."[18]

**(52)** To promote and sell the PFB Products, and to instruct clinicians (including registered dieticians) and others on the use and consumption of the PFB Products during the Relevant Period, the RFB Defendants **(a)** printed certain nutrient data on the label printed on the back of each pouch; and **(b)** supplemented their back-of-pouch label with **(i)**

---

[17] *Id.*
[18] *Id.*

Filed          26-CI-90016 01/02/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:08 PM

90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000011 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

GEN : 000011 of 000038

"Nutrition Information" and "Reference Guide" fact sheets (collectively, "Fact Sheets"), and **(ii)** a constellation of written, printed, and graphic matter, including website information and downloads, on-demand recordings, promotional materials, transition guides, usage instructions, and webinars ("Other Materials").

(53)    The RFB Defendants knew that clinicians (including registered dieticians) and others would read and rely on the PFB Products' back-of-pouch labels, Fact Sheets, and Other Materials (collectively, "Labeling and Advertising") when deciding whether and how to prescribe and use the PFB Products.

(54)    Through their Labeling and Advertising during the Relevant Period, the RFB Defendants directed clinicians (including registered dieticians) and others prescribing, ordering, and/or using the PFB Products to "[r]eplace 100% of calories with [RFB] meals" within 7+ days of first use.[19] Reinforcing this directive, the RFB Defendants stated in their Labeling and Advertising that the PFB Products were intended to be used by tube-fed children as the "primary source of nutrition" or—"on their own"—as "sole source nutrition."[20]

(55)    Illustrative of the RFB Defendants' nutrition claims in their Labeling and Advertising was this public statement made "coast to coast" during a webinar by Melissa

---

[19] *See, e.g.,* Real Food Blends, *Transitioning to Real Food Blends* (Mar. 2019), https://www.realfoodblends.com/wp-content/uploads/2019/03/Transitioning_To_RFB.pdf.
[20] *See, e.g.,* Nutricia N. Am., *Nutricia Product Reference Guide for U.S. Clinicians*, pp. 177-192 (stating, on multiple pages, that the PFB Products "can be used as a primary source of nutrition" and that users may decide, depending on patient needs, to add sodium and/or calcium); Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4 ("Real Food Blends meals can be used . . . on their own"); RealFood Blends, *Join us for a Real Food Blends Question & Answer Webinar*, YouTube (https://youtu.be/5Bixga5xiQY (stating that the PFB Products can be used as "sole source nutrition")).

-11-

Filed          26-CI-90016 01/22/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000012 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000012 of 000038

Blandford, an RFB-employed registered dietician:

> . . . we get this question quite often: **Can Real Food Blends be used as a sole source of nutrition, and the answer is "Yes," it can be used as sole source nutrition** . . ..[21]

Even today, this webinar is accessible to the public through RFB's website and its YouTube channel. According to Ms. Blandford, the PFB Products are safe, well-tolerated, and improve health outcomes because they include only real foods: a fruit, a vegetable, lean protein, a whole grain, and healthy fat.[22]

(56)    According to the RFB Defendants' Labeling and Advertising, the RFB Defendants do not fortify the PFB Products with added (synthetic) vitamins or minerals because **(a)** added (synthetic) vitamins and minerals "smell" and can cause gastrointestinal ("GI") disturbances, and **(b)** dietitians "know" that "a blenderized diet can actually provide all the vitamins and minerals that a patient needs."[23]

(57)    If a clinician (including a registered dietician) or others decided, for whatever reason, to fortify PFB Products, the RFB Defendants published optional "tips" in their Labeling and Advertising, including this one: "consider" adding an additional calcium and sodium source or, "if micronutrients are a concern," a multivitamin.[24] These optional "tips" were published as discretionary suggestions, not requirements ("whatever works best for

---

[21] RealFood Blends, *Join us for a Real Food Blends Question & Answer Webinar*, YouTube (https://youtu.be/5Bixga5xiQY (emphasis added)).

[22] *Id.*

[23] *Id.*

[24] *See, e.g.,* Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4 ("You may want to consider . . . "); Nutricia N. Am., *Nutricia Product Reference Guide for U.S. Clinicians* (June 2022), p. 192 (stating that the addition of sodium (salt) and calcium are optional, and "[i]f micronutrients are a concern," a multivitamin "can be a simple solution").

Filed          26-CI-90016 01/22/2026          -12-   Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:08 PM

90450-189

you!"[25]).

**(58)** The RFB Defendants knew that clinicians (including registered dieticians) and others would read and rely on the nutrient values in the RFB Defendants' Labeling and Advertising, including, the Fact Sheets, to determine if the PFB Products met the daily intake targets for tube-fed children.

**(59)** The RFB Defendants warranted that the PFB Products were free from defects and guaranteed customer satisfaction.

### PHS, a Local Company, Provides Nutrition Support for Children with Medical Complexities

**(60)** PHS specializes in pediatric home services for "children with medical complexities."[26] It employs registered dietitians who work with a patient's clinicians "to provide comprehensive nutrition plans designed exclusively for kids." This includes "nutrition monitoring and intervention," and any other assistance required.[27]

**(61)** PHS offers for sale, and sells, an expansive inventory of formulas and food products "for sole nutrition or supplemental needs," depending on each child's unique clinical nutrition requirements.[28]

**(62)** PHS sells the PFB Products to families and tube-fed children in Kentucky and throughout the United States.

**(63)** PHS adopted, and did not disclaim, the RFB Defendants' warranties and guarantees, and PHS did not disclaim the implied warranties that arise by operation of law,

---

[25] Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4.
[26] https://www.pediatrichomeservice.com/about/.
[27] https://www.pediatrichomeservice.com/services/clinical-nutrition/.
[28] *Id.*

Filed    26-CI-90016 01/22/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

including the implied warranties of merchantability and fitness for a particular purpose.

### *Relying on the RFB Defendants' Advertising and Labeling, And PHS's Sales Support, L.M. Consumed the PFB Products*

**(64)** L.M. was born on September 20, 2020.

**(65)** At birth, L.M. was so small she could fit alongside a water bottle, underscoring her small size and clinical fragility.

**(66)** Shortly thereafter, she was diagnosed with Trisomy 18 and Trisomy X. Trisomy 18 is a chromosomal condition associated with developmental challenges, small stature, and congenital organ anomalies. Trisomy X occurs in females with three chromosomes (XXX) instead of the usual two (XX) and can be associated with developmental delays, learning difficulties, and certain health concerns.

**(67)** The prognosis for Trisomy 18 children is guarded; historically, fewer than 10 percent survive beyond the first year, and survivors often experience developmental delays. Feeding difficulties are common, and many require tube-fed nutrition.

**(68)** L.M. is a Trisomy 18 survivor.

**(69)** L.M. needed—and needs—a feeding tube to sustain nutrition.

**(70)** In October 2022, at the age of 25 months, L.M.'s clinicians (including registered dieticians) prescribed and/or ordered the PFB Products for L.M.'s use and consumption.

**(71)** L.M.'s clinicians (including registered dieticians) based this decision on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

**(72)** L.M.'s clinicians (including registered dieticians) relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000014 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000014 of 000038

-14-

Filed    26-CI-90016 01/02/2026

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:50:08

90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000015 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000015 of 000038

**(73)**    After coordination with PHS, the PFB Products were sold to Plaintiffs, and shipped by PHS to Plaintiffs' home. The PFB Products were used and consumed by L.M. in Means, Kentucky.

**(74)**    L.M. and Plaintiffs relied on L.M.'s clinicians (including registered dieticians), the RFB Defendants' Labeling and Advertising, and PHS's specialized sales knowledge.

**(75)**    After the recommended seven-day transition period, L.M. consumed—over the next 27 months an average of 4 to 5 pouches per day of the PFB Products—specifically, "Orange Chicken, Carrots & Brown Rice" ("Orange Chicken"), "Quinoa, Kale & Hemp" ("Quinoa") and "Salmon, Oats & Squash" ("Salmon").

**(76)**    Relying on the RFB Defendants' Labeling and Advertising, including the Fact Sheets, L.M.'s clinicians (including registered dieticians) concluded that these products met L.M.'s full daily nutrition needs with supplemental (additional) sodium (salt), calcium, potassium, and vitamin D. Plaintiffs fortified accordingly.

**(77)**    Vitamin C supplementation was not necessary because L.M. was or would be consuming an average of 4 to 5 pouches each day, and the Fact Sheets reported: **(i)** 25 mg of vitamin C per pouch for Orange Chicken, **(ii)** 9 mg of vitamin C per pouch for Quinoa, and **(iii)** 4 mg of vitamin C per pouch for Salmon.

**(78)**    These vitamin C content values were material disclosures, and they were reported by the RFB Defendants because they were needed to fully inform clinicians (including registered dieticians), families, and others, of the PFB Products' use and safety for tube-fed children as a primary or sole source of nutrition.

**(79)**    At the time of L.M.'s transition to the PFB Products, L.M. was making

Filed

26-CI-90016  01/02/2026

Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

significant progress toward independent walking.

(80)    However, in May 2023—seven (7) months after starting her use and consumption of the PFB Products as the sole source of her nutrition—L.M. suffered a fracture to her left femur.

(81)    Around the same time, L.M.'s body started to fail silently. Over time, L.M. became inconsolable, screaming when picked up, flinching at diaper changes, and refusing to try to stand or walk. She suffered a regression in mobility. Her parents—Plaintiffs—became anxious, fearful, and distraught.

(82)    Over the course of the next 20 months, L.M. sustained other fractures, including another femur fracture (to the right femur) and two buckle fractures, and her symptoms worsened and grew to include:

(a)    Anemia

(b)    Bruises

(c)    Fatigue

(d)    Hair loss

(e)    Irritability

(f)    Internal bleeding

(g)    Nosebleeds

(h)    Oral abscesses

(i)    Pain, including bone, joint, and muscle pain

(j)    Poor wound healing

(k)    Rashes

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000016 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000016 of 000038

Filed            26-CI-90016  01/02/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
PM
02/25/2026 05:50:08
90450-189

(l)     Sores

(m)     Tenderness

(n)     Weight loss

(83)     During the same period, Plaintiffs and L.M.'s clinicians (including registered dietitians), struggled to pinpoint the cause of L.M.'s growing constellation of injuries, but no one suspected that the PFB Products were the culprit.

### *The PFB Products Caused Vitamin C Deficiency and Advanced Scurvy*

(84)     On January 21, 2025, L.M. was admitted to UK HealthCare for observation. There, L.M.'s clinicians suspected—for the first time—that L.M. had vitamin C deficiency. On exam, L.M. presented with, among other things, bleeding gums, follicular hyperkeratosis, perifollicular hemorrhage, and severe pain.

(85)     After a thorough diagnostic workup, L.M.'s clinicians confirmed that she was vitamin C deficient and diagnosed her with advanced Scurvy. While investigating the cause of her vitamin C deficiency, L.M.'s clinicians recommended an immediate switch from the PFB Products to a different tube-fed food source. Plaintiffs immediately discontinued use of the PFB Products.

(86)     Before January 23, 2025, L.M.'s clinicians (including registered clinicians), had not identified the PFB Products as a possible cause of L.M.'s fractures and constellation of injuries.

(87)     The PFB Products caused her vitamin C deficiency and advanced Scurvy; the PFB Products caused L.M's fractures and constellation of injuries.

(88)     Because of L.M.'s prolonged vitamin C deficiency and the extended period

Filed                26-CI-90016 01/02/2026                Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

over which she had Scurvy, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(89)    Despite the RFB Defendants' claimed expertise in specialized nutrition, their "years in research," and their stringent food safety standards, the PFB Products are and were defective and unreasonably dangerous.

(90)    The RFB Defendants' Labeling and Advertising, including the Fact Sheets, are and were materially false and misleading.

(91)    The PFB Products—specifically, the Orange Chicken, Quinoa, and Salmon products—have and had **no detectible vitamin C nutrients—*none*.**

(92)    This is and was the direct and proximate cause of L.M.'s vitamin C deficiency and advanced Scurvy, and all of L.M. and Plaintiffs' injuries and damages.

(93)    The RFB Defendants knew, or should have known, that the PFB Products are defective and unreasonably dangerous, and they knew, or should have known, that their Labeling and Advertising, including the Fact Sheets, are and were materially false and misleading.

### No Warning and No Recall,
### But the RFB Defendants Quietly Made Material Changes

(94)    The RFB Defendants never warned Plaintiffs or L.M. about the defective and unreasonably dangerous nature of the PFB Products, and the RFB Defendants never issued a product recall.

(95)    However, in or after February 2025, the RFB Defendants made material

Filed                26-CI-90016 01/02/2026                -18-   Kelly Botts, Menifee Circuit Clerk

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000018 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000018 of 000038

Filed       26-CI-90016 01/02/2026       Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000019 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000019 of 000038

changes to the nutrition claims in their Labeling and Advertising, including the Fact Sheets, which they obscured with statements like: "Updated Meals Are Here! Enjoy the same six meals with **minor** ingredient and nutrient changes, and updated pouch visuals."[29] Hidden was the RFB Defendants' new safety-critical reclassification, which it buried on website subpages in inconspicuous places[30] and small text on page 8 of a document linked to the website.[31]

(96)     Quietly reclassifying their products, the RFB Defendants abandoned their "sole source of nutrition" claim and made this statement for the first time and without fanfare:

> Real Food Blends meals are **not nutritionally complete**. If you use Real Food Blends as primary source of nutrition, **multivitamin & mineral supplementation is required**. . ."[32]

This is a material change from previous nutrition claims, instructions, and guidance.

(97)     At or about the same time, the RFB Defendants re-stated the nutrient values in their Labeling and Advertising, including the Fact Sheets, by making safety-critical changes. For example, the content value(s) for vitamin C in new Fact Sheets are now **virtually zero** for the Orange Chicken, Quinoa, and Salmon products.

(98)     These changes demonstrate that the RFB Defendants knew the PFB

---

[29] https://www.realfoodblends.com (emphasis added).

[30] *See, e.g.,* https://www.realfoodblends.com/faqs/ (second FAQ, fourth sentence) and https://www.realfoodblends.com/shop/product/quinoa-kale-hemp-12-meals (under "Administration" at second bullet point).

[31] *See* RFB's "Transition Guide" at https://www.realfoodblends.com/transitioning/. The "Transition Guide" is date coded "198096 6/25" and carries this copyright mark: "© 2025 Nutricia North America."

[32] *Id.* (emphasis added).

Filed       26-CI-90016 01/02/2026       Kelly Botts, Menifee Circuit Clerk

Filed    26-CI-90016 01/02/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:08 PM
90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000020 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

Products were defective and unreasonably dangerous and knew their Labeling and Advertising, including the Fact Sheets, were false and misleading.

## CAUSES OF ACTION

### Count One:
### Fraud, Fraudulent Misrepresentation, and Fraudulent Concealment Against the RFB Defendants

(99)    Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

(100)    The RFB Defendants designed, formulated, manufactured, inspected, advertised, and distributed the PFB Products.

(101)    For tube-fed children, the RFB Defendants claim unique knowledge and expertise in specialized nutrition solutions.

(102)    The RFB Defendants spent years in research and development to create and design the PFB Products.

(103)    During the Relevant Period, the RFB Defendants advertised the PFB Products as a primary or sole source of nutrition for tube-fed children and knew they needed to ensure that the right amount (content) of each nutrient, including vitamin C, was in each product sold. It was the RFB Defendants' responsibility to ensure that the nutrients were present at or near the levels printed in their Labeling and Advertising, including, the Fact Sheets.

(104)    L.M., Plaintiffs, and L.M.'s clinicians (including registered dieticians), relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

(105)    The RFB Defendants' Labeling and Advertising, including the Fact Sheets,

Filed    26-CI-90016 01/02/2026    Kelly Botts, Menifee Circuit Clerk

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000020 of 000038

were false and misleading because, among other reasons, the PFB Products were not nutritionally adequate as a primary or sole source of nutrition without separate vitamin supplementation.

(106) The RFB Defendants knew, or should have known, that their nutrition claims and vitamin C content values were false and misleading. They had a duty to disclose the falsity of their nutrition claims and nutrient content values, but the RFB Defendants did not. Instead, the RFB Defendants concealed material facts.

(107) This non-disclosure and concealment induced L.M.'s clinicians (including registered dieticians) to prescribe and/or order, and Plaintiffs to purchase, the PFB Products; and the RFB Defendants' misconduct prevented L.M.'s clinicians (including registered dieticians) and Plaintiffs from discovering timely that the PFB Products were the culprit of L.M.'s injuries.

(108) The RFB Defendants are liable for fraud, fraudulent misrepresentation, and fraudulent concealment.

(109) As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(110) As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Two:
### Strict Liability Against the RFB Defendants, John Doe, and PHS

(111) Plaintiffs reallege the previous paragraphs in this Complaint as if set forth

Filed    26-CI-90016 01/22/2026    Kelly Botts, Menifee Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:50:08

90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000022 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000022 of 000038

herein verbatim.

(112)    The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children, and their families.

(113)    Plaintiffs and L.M. used and consumed the PFB Products in a manner reasonably anticipated by the RFB Defendants, John Doe, and PHS.

(114)    The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

(115)    When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were **(a)** improperly designed, formulated, manufactured, and inspected, **(b)** adulterated, **(c)** advertised with false and misleading nutrition claims and false and misleading nutrient content values, including vitamin C, **(d)** misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

(116)    The RFB Defendants, John Doe, and PHS are strictly liable under KRS §411.300, *et seq*.

(117)    As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently

Filed    26-CI-90016 01/22/2026    Kelly Botts, Menifee Circuit Clerk

Filed 26-CI-90016 01/02/2026

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:08 PM
90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000023 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000023 of 000038

altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(118)   As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Three:
### Negligence Against the RFB Defendants, John Doe, and PHS

(119)   Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

(120)   The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children and others whose physical and pathological conditions require dietary management and modified nutrition.

(121)   Plaintiffs and L.M. used and consumed the PFB Products in a manner reasonably anticipated by the RFB Defendants, John Doe, and PHS.

(122)   The RFB Defendants, John Doe, and PHS owed duties of reasonable care to L.M. and Plaintiffs, but the RFB Defendants, John Doe, and PHS breached those duties.

(123)   When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were (a) improperly designed, formulated, manufactured, and inspected, (b) adulterated, (c) advertised with false and misleading nutrition claims and false and misleading nutrient content values, including vitamin C content, (d) misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a

primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

**(124)** The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

**(125)** The RFB Defendants, John Doe, and PHS are negligent under KRS §411.300, *et seq.*, and/or general principles of negligence. Plaintiffs allege this Count Three in addition to, and/or as an alternative to, Count Two.

**(126)** As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

**(127)** As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Four:
### Negligence Per Se Against the RFB Defendants, John Doe, and PHS

**(128)** Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

**(129)** The Kentucky Food, Drug & Cosmetic Act (the "Kentucky FDCA"), KRS § 217.005 *et seq.*, prohibits the manufacture and sale of adulterated and misbranded foods, including foods for special dietary use, and were intended to protect consumers— including medically fragile tube-fed children and their families—from unsafe and

Filed 26-CI-90016 01/02/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:08 PM

90450-189

deceptively labeled food products.

(130)   When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were **(a)** improperly designed, formulated, manufactured, and inspected, **(b)** adulterated, **(c)** advertised with false and misleading nutrition claims and false and misleading nutrient content values, including vitamin C content, **(d)** misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

(131)   The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

(132)   The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children and their families. These persons are members of the class of people the Kentucky FDCA was designed to protect, and L.M.'s constellation of injuries are the types of harms the Kentucky FDCA was intended to prevent.

(133)   This constitutes negligence *per se*.

(134)   As a result of the RFB Defendants, John Doe, and PHS's negligent misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000025 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000025 of 000038

Filed 26-CI-90016 01/02/2026 Kelly Botts, Menifee Circuit Clerk

Filed    26-CI-90016 01/02/2026

NOT ORIGINAL
DOCUMENT
PM                                                                02/25/2026 05:50:08

90450-189

endured trauma, pain and suffering, and serious emotional distress, which continues

today.

(135)    As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set

for in Count Seven, in an amount to be proven at trial.

### Count Five:
### Violation of Kentucky Consumer Protection Act
### Against the RFB Defendants, John Doe, and PHS

(136)    Plaintiffs reallege the previous paragraphs in this Complaint as if set forth

herein verbatim.

(137)    The PFB Products target a medically fragile and uniquely vulnerable

population: tube-fed children, and their families.

(138)    The RFB Defendants, John Doe, and/or PHS designed, formulated,

manufactured, inspected, advertised, distributed, and sold the PFB Products to Plaintiffs,

for use and consumption by L.M., for personal, family, and/or household purposes.

(139)    Relying on RFB Defendants' Labeling and Advertising, including the Fact

Sheets, and PHS's support, L.M.'s clinicians (including registered dieticians) prescribed,

and Plaintiffs purchased, the PFB Products for L.M.

(140)    Plaintiffs purchased the PFB Products from PHS as the RFB Defendants'

authorized distributor or agent. The RFB Defendants distributed the PFB Products with

express warranties and guarantees.

(141)    PHS adopted, or did not disclaim, the RFB Defendants' warranties and

guarantees, and PHS did not disclaim those implied warranties that arise by operation of

Filed    26-CI-90016 01/02/2026    Kelly Botts, Menifee Circuit Clerk

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000026 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000026 of 000038

NOT ORIGINAL
02/25/2026 05:50:08
90450-189

law, including the implied warranties of merchantability and fitness for a particular purpose.

**(142)** The RFB Defendants, John Doe, and PHS violated the Kentucky Consumer Protection Act (the "KCPA"), KRS § 367.110, *et seq.*, by, among other things, **(a)** making false and misleading claims about the PFB Products; **(b)** failing to disclose and concealing material facts; **(c)** using nutrition claims and nutrient content values that were likely to mislead reasonable consumers, including L.M., Plaintiffs, and L.M.'s clinicians (including registered dieticians); and **(d)** otherwise engaging in unconscionable, deceptive, and misleading practices in the marketing, advertising, labeling, promotion, and sale of the PFB Products.

**(143)** The RFB Defendants, John Doe, and PHS's false, misleading, and deceptive acts and practices induced the purchase of the PFB Products.

**(144)** As a result of the RFB Defendants, John Doe, and PHS's false, misleading, and deceptive acts and practices, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

**(145)** As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### *Count Six:*
### *Breach of Express and Implied Warranties*
### *Against the RFB Defendants and PHS*

**(146)** Plaintiffs reallege the previous paragraphs in this Complaint as if set forth

NOT ORIGINAL
02/25/2026 05:50:08
90450-189

herein verbatim.

(147)   The RFB Defendants distributed the PFB Products with express warranties and guarantees.

(148)   PHS adopted, or did not disclaim, the RFB Defendants' warranties and guarantees, and PHS did not disclaim those implied warranties that arise by operation of law, including the implied warranties of merchantability and fitness for a particular purpose.

(149)   Plaintiffs relied on these warranties and guarantees when purchasing and using—and L.M. relied on these warranties and guarantees when consuming—the PFB Products.

(150)   As a result of the RFB Defendants and PHS's breaches of these warranties and guarantees, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs— endured trauma, pain and suffering, and serious emotional distress, which continues today.

(151)   As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Seven:
### Damages

(152)   Plaintiffs reallege and reincorporate all previous paragraphs as if fully set forth herein.

(153)   As the direct and proximate cause of facts stated herein, Plaintiffs and L.M. are entitled to recover all damages permitted by Kentucky law, including:

(a)     Compensatory damages;

(b)     Consequential damages;

(c)     Costs of litigation, including, but not limited to, expenses;

(d)     Economic damages;

(e)     General damages;

(f)     Incidental damages;

(g)     Losses of all types, including, but not limited to, loss of capacity for the enjoyment of life, loss of consortium, lost wages and/or loss of earning capacity, and lost services;

(k)     Medical costs and expenses;

(l)     Mental anguish, fright, shock, and terror;

(m)     Non-economic damages;

(n)     Pain and suffering;

(o)     Punitive damages, as set forth in Count Eight; and

(p)     Attorneys' fees and expenses under KRS § 367.170.

### Count Eight:
### Punitive Damages Against the RFB Defendants

(154)   Plaintiffs reallege and reincorporate all previous paragraphs as if fully set forth herein.

(155)   The RFB Defendants designed, formulated, manufactured, inspected, advertised, and sold the PFB Products.

(156)   For tube-fed children, the RFB Defendants claim unique knowledge and

Filed   26-CI-90016 01/02/2026   Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
PM
02/25/2026 05:50:08
90450-189

expertise in specialized nutrition solutions.

(157)   The RFB Defendants spent years in research and development to create and design the PFB Products.

(158)   During the Relevant Period, the RFB Defendants advertised the PFB Products as a primary or sole source of nutrition for tube-fed children and knew they needed to ensure that the right amount (content) of each nutrient, including vitamin C, was in each product sold. It was the RFB Defendants' responsibility to ensure that the nutrients were present at or near the levels printed in their Labeling and Advertising, including, the Fact Sheets.

(159)   L.M., Plaintiffs, and L.M.'s clinicians (including registered dieticians) relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

(160)   The RFB Defendants had a duty to disclose the falsity of their nutrition claims and nutrient content values, but the RFB Defendants did not. Instead, the RFB Defendants concealed material facts.

(161)   This non-disclosure and concealment induced L.M.'s clinicians (including registered dieticians) to prescribe and/or order, and Plaintiffs to purchase, the PFB Products; and the RFB Defendants' misconduct prevented L.M.'s clinicians (including registered dieticians) and Plaintiffs from timely discovering that the PFB Products were the culprit of L.M.'s constellation of injuries.

(162)   The RFB Defendants' misconduct was willful, wanton, grossly negligent and/or taken with reckless disregard for the safety of the families and children who depend, or depended, on PFB Products for life-sustaining nutrition.

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000030 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000030 of 000038

-30-

Filed                26-CI-90016 01/02/2026                Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT

PM                                                                                    02/25/2026 05:50:08

90450-189

**(163)**    Such conduct justifies an award of punitive damages to punish the RFB Defendants and deter similar misconduct.

## DEMAND FOR JURY TRIAL

**(164)**    Plaintiffs demand a trial by jury on all issues raised herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully request that the **Court   and Clerk issue process and summons** to all Defedants as provided by law, and:

- The Court enter judgment against the RFB Defendants, John Doe, and PHS;
- Plaintiffs receive a trial by jury;
- Attorney fees;
- Pre- and post-judgment interest;
- Costs herein expended;
- The jury award all damages, including punitive damages, in amount(s) consistent with their enlightened conscience; and
- The Court award such other relief as is just and proper.


Respectfully submitted by,

Nicholas K. Haynes, Esq. (KY No. 91112)
**THOMAS LAW OFFICES, PLLC**
9418 Norton Commons Blvd., Ste. 200
Prospect, Kentucky 40059
Nick.Haynes@ThomasLawOffices.com
P: (502) 293-5484
F: (502) 293-5495
*Counsel for Plaintiffs*


[*Pro Hac Vice* Applications to Follow]

Filed                26-CI-90016 01/02/2026            -31-    Kelly Botts, Menifee Circuit Clerk

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000031 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000031 of 000038

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:08 PM

90450-189

## CR 5.02 ELECTION OF ELECTRONIC SERVICE

Come Plaintiffs, by and through counsel, and, pursuant to CR 5.02, elects to effectuate and receive service via electronic means to and from all other attorneys or parties in the action. **Electronic service shall be made to** Nick.Haynes@ThomasLawOffices.com, Barbara.Johnson@ThomasLawOffices.com.

_____
Nicholas K. Haynes, Esq.
*Counsel for Plaintiffs*

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000032 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

COM : 000032 of 000038

Filed   26-CI-90016   02/10/2026   Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:08 PM
90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000033 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

EXH : 000033 of 000038

| AOC-E-105   Sum Code: CI | | Case #: **26-CI-90016** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **MENIFEE** |
| Court of Justice   *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |



*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO: **NUTRICIA NORTH AMERICA, INC.**
**9900 BELWARD CAMPUS DRIVE**
**SUITE 100**
**ROCKVILLE, MD 20850**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **1/21/2026**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @90005941238
CIRCUIT: 26-CI-90016 Long Arm Statute – Secretary of State
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF

Filed   26-CI-90016   02/10/2026   Kelly Botts, Menifee Circuit Clerk

eFiled





| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI | | Case #: **26-CI-90016** |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **MENIFEE** |
| Court of Justice    *Courts.ky.gov* | **CIVIL SUMMONS** | |
| CR 4.02; Cr Official Form 1 | | |

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
**306 WEST MAIN STREET**
**SUITE 512F**
**FRANKFORT, KY 40601**

Memo: Related party is RSVP EQUIPMENT OF GREATER CINCINNATI, LLC

The Commonwealth of Kentucky to Defendant:
**RSVP EQUIPMENT OF GREATER CINCINNATI, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*K Botts*

Menifee Circuit Clerk
Date: **1/21/2026**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---

Summons ID: @90005941242
CIRCUIT: 26-CI-90016 Certified Mail
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF

Page 1 of 1





Kelly Botts, Menifee Circuit Clerk

Filed 26-CI-90016 02/10/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:08 PM
90450-189

| AOC-E-105 | Sum Code: CI | | Case #: **26-CI-90016** |
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | County: **MENIFEE** |
| Court of Justice | *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | |



*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO: **REAL FOOD BLENDS, LLC**
**119 S. CALUMET ROAD**
**SUITE 220**
**CHESTERTON, IN 46304**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **1/21/2026**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @90005941239
CIRCUIT: 26-CI-90016 Long Arm Statute – Secretary of State
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF

Page 1 of 1

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000035 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

EXH : 000035 of 000038






| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI | | Case #: **26-CI-90016** |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **MENIFEE** |
| Court of Justice    *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO:  **CORPORATE CREATIONS NETWORK, INC.**

**101 NORTH SEVENTH STREET**

**LOUISVILLE, KY 40202**

Memo: Related party is DANONE NORTH AMERICA PUBLIC BENEFIT CORP.

The Commonwealth of Kentucky to Defendant:
**DANONE NORTH AMERICA PUBLIC BENEFIT CORP.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **1/21/2026**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @90005941241
CIRCUIT: 26-CI-90016 Certified Mail
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF



Filed    26-CI-90016    02/10/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:08 PM
90450-189

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000036 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

EXH : 000006 of 000008

Filed         26-CI-90016     02/10/2026         Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM
90450-189

| | | |
|---|---|---|
| AOC-E-105     Sum Code: CI<br>Rev. 9-14 | | Case #: **26-CI-90016** |
| |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov* | | County: **MENIFEE** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO:  **JOHN DOE CONTRACT MANUFACTURER**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **1/21/2026**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

_____
Served By

_____
Title

Summons ID: @90005941240
CIRCUIT: 26-CI-90016 Return to Filer for Service
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF

CAE9BF85-A2BC-4FA9-B0D6-CE29206EBF61 : 000037 of 000038

Presiding Judge: HON. ELIZABETH DAVIS (621472)

EXH : 000037 of 000038

Filed         26-CI-90016     02/10/2026         Kelly Botts, Menifee Circuit Clerk



Filed          26-CI-90016      02/10/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:08
PM

**Commonwealth of Kentucky**

**Kelly Botts, Menifee Circuit Clerk**

| | |
|---|---|
| **Case #: 26-CI-90016** | **Envelope #: 12640213** |
| **Received From: NICK HAYNES** | **Account Of: NICK HAYNES** |

90450-189

**Case Title:** MORRIS, JOSHUA C ET AL VS. DANONE NORT AMERICA PUBLIC BENEF

**Confirmation Number:** 214568337

**Filed On** 1/21/2026   3:18:20PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 3 | Money Collected For Others(Postage) | $42.76 |
| 4 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 5 | Money Collected For Others(Secretary of State Electronic Services) | $20.00 |
| 6 | Money Collected For Others(Secretary of State Service Copies) | $6.80 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Attestation) | $0.50 |
| 9 | Charges For Services(Copy - Photocopy) | $6.80 |
| 10 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $341.86 |

Generated: 1/22/2026

Page 1 of 1

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:22 PM
90450-189

| AOC-E-105 | Sum Code: CI | | Case #: **26-CI-90016** |
|---|---|---|---|

Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Court: **CIRCUIT**
County: **MENIFEE**

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO:  **THE INCORPORATORS LTD.**
 **300 CREEK VIEW ROAD**
 **SUITE 209**
 **NEWARK, DE 19711**

Memo: Related party is NUTRICIA NORTH AMERICA, INC.

The Commonwealth of Kentucky to Defendant:
**NUTRICIA NORTH AMERICA, INC.**

 You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Menifee Circuit Clerk
Date: **2/10/2026**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @90005952206
CIRCUIT: 26-CI-90016 Long Arm Statute – Secretary of State
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF



Page 1 of 1

eFiled



| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI | | Case #: **26-CI-90016** |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **MENIFEE** |
| Court of Justice    *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:38
PM
90450-189

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO: **NATIONAL REGISTERED AGENTS, INC**

**1209 ORANGE STREET**

**WILMINGTON, DE 19801**

Memo: Related party is NUTRITIONAL MEDICINALS, LLC

The Commonwealth of Kentucky to Defendant:
**NUTRITIONAL MEDICINALS, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*KBotts*

Menifee Circuit Clerk
Date: **2/10/2026**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @90005952207
CIRCUIT: 26-CI-90016 Long Arm Statute – Secretary of State
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF



Page 1 of 1

*e*Filed

CI : 000001 of 000001



| AOC-E-105 | Sum Code: CI | | | |
|---|---|---|---|---|
| Rev. 9-14 | | | Case #: **26-CI-90016** | |

DOCUMENT

PM

NOT ORIGINAL
02/25/2026 05:50:46

90450-189

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Court:    **CIRCUIT**

County:  **MENIFEE**

## CIVIL SUMMONS

---

*Plaintiff,* **MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF**, *Defendant*

TO:  **CORPORATE CREATIONS NETWORK, INC.**

 **101 NORTH SEVENTH STREET**

 **LOUISVILLE, KY 40202**

Memo: Related party is DANONE NORTH AMERICA PUBLIC BENEFIT C...

The Commonwealth of Kentucky to Defendant:
**DANONE NORTH AMERICA PUBLIC BENEFIT C...**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*KBotts*

Menifee Circuit Clerk
Date: **2/10/2026**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @90005952208
CIRCUIT: 26-CI-90016 Certified Mail
MORRIS, JOSHUA C ET AL VS. DANONE NORTH AMERICA PUBLIC BENEF



Page 1 of 1

**eFiled**

Filed          26-CI-90016     02/10/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL

DOCUMENT

PM

02/25/2026 05:50:54

90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT**
**DIVISION NO. 1**
**JUDGE ELIZABETH DAVIS**
**CIVIL ACTION NO. 26-CI-90016**

JOSHUA C. MORRIS AND BRITTANY N.                              PLAINTIFFS
MORRIS, INDIVIDUALLY, AND AS NEXT
FRIENDS OF, L.M., A MINOR

v.                          **First Amended Complaint**

DANONE NORTH AMERICA PUBLIC BENEFIT                           DEFENDANTS
CORPORATION; NUTRICIA NORTH AMERICA, INC.;
NUTRITIONAL MEDICINALS, LLC, AS SURVIVING
COMPANY AND SUCCESSOR BY MERGER, TO REAL
FOOD BLENDS, LLC; RSVP EQUIPMENT OF GREATER
CINCINNATI, LLC d/b/a PEDIATRIC HOME SERVICE;
and JOHN DOE CONTRACT MANUFACTURER

*Service Instructions:*

**Danone North America Public Benefit Corporation**

     Serve:                    **Corporate Creations Network, Inc.**
                               **101 North Seventh Street**
                               **Louisville, Kentucky, 40202**

and

**Nutricia North America, Inc.**

     Serve:                    **The Incorporators Ltd.**
                               **300 Creek View Road, Suite 209**
                               **Newark, Delaware 19711**

and

**Nutritional Medicinals, LLC, as surviving company and**
**successor by merger, to Real Food Blends, LLC**

     Serve:                    **National Registered Agents, Inc.**
                               **1209 Orange Street**
                               **Wilmington, Delaware 19801**

AMC : 000001 of 000032

NOT ORIGINAL

02/25/2026 05:50:54

90450-189

and

**RSVP Equipment of Greater Cincinnati, LLC d/b/a Pediatric Home Service**

           **Serve:**           **CT Corporation System**
                                  **306 West Main Street, Suite 512 F**
                                  **Frankfort, Kentucky 40601**

and

**John Doe Contract Manufacturer**

           **Serve:**                   **Service Information Unknown**

COME NOW Plaintiffs and file this Complaint for damages, showing the Court as follows:

## STATEMENT OF THE CASE

**(1)** L.M., a medically fragile toddler, requires enteral (tube) feeding for all of her nutritional needs. Her parents are Joshua C. Morris and Brittany N. Morris.

**(2)** Plaintiffs, individually, and as next friends of L.M., filed this lawsuit because of the injuries and damages they—and L.M.—sustained because of L.M.'s use and consumption of Real Food Blends' "Pureed Food Blend" meal products (the "PFB Products"), which are and were **(a)** designed, formulated, advertised, and distributed by Nutritional Medicinals, LLC, as surviving company and successor by merger, to Real Food Blends, LLC, and its parent companies, Defendants Danone North America Public Benefit Corporation ("Danone PBC"), and Nutricia North America, Inc. ("Nutricia") (collectively, the "RFB Defendants"); **(b)** manufactured and inspected—according to the RFB Defendants' specifications—by the RFB Defendants and/or under contracts with and by John Doe Contract Manufacturer ("John Doe"), and **(c)** sold by the RFB Defendants and

AMC : 000002 of 000032

Filed    26-CI-90016    02/10/2025    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:54
PM
90450-189

Defendant RSVP Equipment of Greater Cincinnati, LLC, d/b/a Pediatric Home Service ("PHS").

(3)    The PFB Products are "foods for special dietary use," within the meaning of 21 U.S.C. § 343(j) and 21 C.F.R. § 105.3, because they are formulated and promoted for tube-fed children and tube-fed adults whose physical and pathological conditions require dietary management and modified nutrition.

(4)    From January 2020 to the present (the "Relevant Period"), the RFB Defendants and PHS advertised, distributed, and sold the PFB Products for tube-fed children, among others.

(5)    From October 2022 to January 22, 2025, the PFB Products were prescribed and/or ordered for L.M.'s use and consumption, and she consumed an average of 4 to 5 pouches of the PFB Products each day. During this period, L.M.'s little body started to fail silently as she suffered a constellation of injuries.

(6)    On or about January 21, 2025, L.M. was admitted for observation to the University of Kentucky Medical Center d/b/a UK HealthCare ("UK HealthCare"); there, clinicians determined, to their surprise, that L.M. was vitamin C deficient and diagnosed her with advanced Scurvy.

(7)    The PFB Products caused L.M.'s vitamin C deficiency and advanced Scurvy. The PFB Products irreparably injured L.M., changed the trajectory of her fragile life, and caused Plaintiffs—and L.M.—permanent injuries, trauma, and pain and suffering, as well as serious emotional distress, which continues today.

(8)    The RFB Defendants, John Doe, and PHS are liable to Plaintiffs, individually,

-3-

AMC : 000003 of 000032

Filed 26-CI-90016 02/10/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

and as next friends of L.M., as set forth below. The causes of action set forth herein are timely under applicable Kentucky law.

## PARTIES

**(9)** Plaintiffs, including L.M., are citizens of, and are domiciled in, Means, Kentucky. They are residents of Menifee County, Kentucky.

**(10)** Danone PBC is a Delaware corporation with its principal office in the State of New York.

**(11)** Nutricia is a Delaware corporation with its principal office in the State of New York.

**(12)** Nutritional Medicinals, LLC ("Nutritional Medicinals") is a Delaware company with its principal places of business in Ohio and New York, Nutritional Medicinals is the surviving company and successor by merger to Real Food Blends, LLC. Effective November 4, 2025, Real Food Blends, LLC, merged with and into Nutritional Medicinals, with Nutritional Medicinals as the surviving company.

**(13)** Nutritional Medicinals is the successor-in-interest to Real Food Blends, LLC, and is responsible for its liabilities, including the liabilities alleged in this Complaint.

**(14)** As used in this Complaint, "RFB" means Real Food Blends, LLC, and Nutritional Medicinals as the surviving company and successor by merger.

**(15)** John Doe is the contract manufacturer for the RFB Defendants.

**(16)** PHS is an authorized distributor and agent for the RFB Defendants. PHS has offices across the United States, including in Frankfort and London, Kentucky. PHS is a Kentucky limited liability company with its principal office in the Commonwealth of

-4-

AMC : 000004 of 000032

Filed          26-CI-90016      02/10/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:54
PM
90450-189

Kentucky.

(17)    At all times material to this Complaint, the PFB Products were prescribed and/or ordered for L.M.'s use and consumption; placed in the stream of commerce by the RFB Defendants, John Doe, and PHS; sold by PHS to Plaintiffs; shipped by PHS to Plaintiffs' home; and used and consumed by L.M.

(18)    Plaintiffs and L.M. reside in Means, Kentucky, where they were injured and damaged.

(19)    The RFB Defendants and PHS were served with process. Service of process, including the process itself, was sufficient and proper.

(20)    Despite Plaintiffs' diligence, they have been unable to determine the identity of John Doe because the RFB Defendants have declined to identify it.

## JURISDICTION AND VENUE

(21)    Subject matter jurisdiction is proper under KRS § 23A.010 because this Court has original jurisdiction over all causes not exclusively vested in another court.

(22)    Personal jurisdiction over the RFB Defendants, John Doe, and PHS is proper under KRS § 454.210 because these defendants placed the PFB Products in the stream of commerce and distributed, sold, and/or transacted business within the Commonwealth. The PFB Products were used and consumed by L.M. in Means, Kentucky; and Plaintiffs and L.M. were injured and damaged there.

(23)    Venue is proper under KRS §§ 452.450 and 452.210(4) because Plaintiffs and L.M. reside in, their claims arose in, and they were injured in, Means, Kentucky.

AMC : 000005 of 000032

Filed 26-CI-90016 02/10/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:54 PM
90450-189

## FACTS

### *Danone is a Multi-Billion Dollar Food Products Conglomerate*

**(24)** Danone S.A., a non-party, is a multinational food products conglomerate based in Paris, France. In 2024, it reported total income of $3.1 billion. It is the ultimate parent company of at least 250+ food-related subsidiaries.

**(25)** The Danone family of companies (collectively, "Danone") organize their global brands into three categories:

- Essential Dairy and Plant-Based Products;

- Waters; and

- Specialized Nutrition.

**(26)** According to Danone, it has "over 125 years of expertise in Specialized Nutrition."[1] It "research[s] the specific nutritional needs of babies and patients, and pioneer[s] products and services that support families, patients, and healthcare professionals" to make "informed choices on nutrition and health."[2]

**(27)** All Danone products are "based on the latest scientific knowledge," and comply with regulatory and food safety requirements as well as "our own stringent Danone standards."[3] To ensure this, Danone performs "internal and external audits throughout the value chain," and its "internal food safety experts" scan for risks.[4]

**(28)** Danone employs "rigorous quality testing, striving for quality excellence . . .

---

[1] *See* https://www.danone.com/brands.html.
[2] *Id.*
[3] *See* https://www.danone.com/sustainability/our-approach/quality-and-food-safety.html.
[4] *Id.*

-6-

AMC : 000006 of 000032

Filed    26-CI-90016    02/10/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

from design to market delivery" because the "safety and quality" of Danone's food products are its "top priority."[5]

### *Danone Owns Nutricia*

(29)    In the United States, Danone operates a web of companies, including Danone PBC.

(30)    The website for Danone PBC promotes the "science-based nutritional solutions" developed and sold by Nutricia.[6]

(31)    Nutricia is a subsidiary of Danone PBC.

(32)    Danone PBC sets policies for Nutricia, owns Nutricia's brand architecture, runs Nutricia's core functions, and directs and controls Nutricia.

(33)    According to its website, Nutricia is an "expert" in nutrition. Nutricia—through "[e]vidence-based discovery"—leverages "the latest scientific insights" to develop "breakthrough" nutritional solutions.[7]

(34)    Nutricia has a Research & Innovations Centre in Utrecht, The Netherlands.[8] From this "global hub for nutritional science and technology," Nutricia employs "700 passionate employees with expertise in life & food science, technology and user experience"—their singular focus is to "develop nutritional solutions."[9]

(35)    For tube-fed children and tube-fed adults, Nutricia claims unique

---

[5] *Id.*

[6] *See* https://www.danonenorthamerica.com/our-brands.html.

[7] *See* https://www.nutricia.com/specialize.html.

[8] *See* https://www.nutricia.com/discover/research.html.

[9] *Id.*

AMC : 000007 of 000032

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

knowledge.[10] For example, Nutricia knows that "[m]any nutrients, particularly vitamins, have a tendency to naturally break down over time, some faster than others."[11]

(36)    Since many children use Nutricia's Neocate and/or other Nutricia products, like the PFB Products, to meet their full nutritional needs, "it's very important" to Nutricia "that the right amount of each nutrient is in the product."[12]

(37)    It is Nutricia's responsibility "to ensure that the nutrients in the product are going to be present at the levels printed on the label."[13]

(38)    Nutricia "understands the importance of optimal nutritional support."[14]

(39)    Despite its expertise in science-based nutritional solutions, Nutricia has a documented history of product safety concerns. In 2017, a Yale University study, led by Luisa F. Gonzalez Ballesteros, linked Nutricia's Neocate baby formula to bone disease caused by inadequate minerals.

(40)    The 2017 study prompted significant litigation against Nutricia, much of which remains ongoing. Around the same time, Nutricia reformulated Neocate and issued new infant formula labels.

### RFB is the Alter Ego and Mere Instrumentality of Danone PBC and Nutricia

(41)    Founded in 2012 by Julie and Tony Bombacino, RFB manufactures and distributes the PFB Products, which are sold as ready-to-eat blenderized tube feeding

---

[10] *See* https://www.nutricia.com/specialize/enteralfeeding. html.
[11] *See* neocate.com/living-with-food-allergies-blog/neocate-actually-expire/.
[12] *Id.*
[13] *Id.*
[14] *See* https://www.nutricia.com/specialize/enteralfeeding. html.

AMC : 000008 of 000032

Filed          26-CI-90016    02/10/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:54
PM
90450-189

meals made from real, whole foods.

(42)    The PFB Products are packaged foods regulated under the federal Food, Drug, and Cosmetic Act ("FDCA") and its implementing regulations.

(43)    The PFB Products are regulated as "foods for special dietary use," within the meaning of 21 U.S.C. § 343(j) and 21 C.F.R. § 105.3, because they are formulated and promoted for tube-fed children and others whose physical and pathological conditions require dietary management and modified nutrition.

(44)    The PFB Products are subject to labeling rules under 21 U.S.C. § 343 (misbranding and nutrition-labeling for foods), and 21 C.F.R. § 101.9 (nutrition facts and accuracy requirements for vitamin and mineral declarations).

(45)    According to RFB, it spent years in research and development to formulate the PFB Products. RFB claims the PFB Products bring life-changing and life-saving nutrition to people in need.

(46)    Central to RFB's brand story is the Bambacinos' personal proof: their own tube-fed son failed commercial formulas but thrives on the PFB Products.

(47)    In an October 21, 2020 press release,[15] "Nutricia, part of world-leading . . . nutrition company, Danone," announced the acquisition of RFB. There, Nutricia's CEO acknowledged that tube-fed children "rely" on RFB and the PFB Products, which are "unique."[16]

(48)    Nutricia is a subsidiary of Danone PBC.

---

[15] *See* Carolyn.sklar@danone.com, *Specialized Nutrition Pioneer Nutricia Welcomes Real Food Blends* (Press Release, Oct. 21, 2020), https://www.nutricia.com/latest-news/21-oct-20.html.
[16] *Id.*

AMC : 000009 of 000032

**Filed** 26-CI-90016 02/10/2026 Kelly Botts, Menifee Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:50:54

90450-189

**(49)** Nutritional Medicinals is a subsidiary of Nutricia.

**(50)** Real Food Blends, LLC, was a subsidiary of Nutricia.

**(51)** Danone PBC and RFB share the same office, and the merger agreement between Nutritional Medicinals and Real Food Blends, LLC, is on file in that office.

**(52)** RFB holds itself out as a Danone company.

**(53)** RFB holds itself out as a Nutricia brand, states that its products are Nutricia's products, and offers a product satisfaction guarantee from Nutricia.

**(54)** RFB's website states: "At Nutricia, we proudly stand behind our products and quality controls."[17]

**(55)** Danone PBC and Nutricia set policies for RFB, own RFB's brand architecture, run RFB's core functions, and direct and control RFB. On information and belief, Danone PBC and Nutricia direct and control **(a)** RFB's product development and quality control, and **(b)** RFB's advertising, labeling, and nutrition claims.

**(56)** RFB's personnel are Nutricia employees with Danone email addresses. RFB is the alter ego of, and a mere instrumentality for, Danone PBC and Nutricia.

### *The PFB Products During the Relevant Period*

**(57)** From January 1, 2020 to the present (the "Relevant Period"), the RFB Defendants contracted with John Doe to manufacture and package—in accordance with RFB's specifications—the PFB Products.

**(58)** During this period, the PFB Products were sold in individual pouches "nationwide through DMEs, medical supply, home infusion companies and GPOs or direct

---

[17] *Id.*

AMC : 000010 of 000032

Filed          26-CI-90016      02/10/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

via RealFoodBlends.com and Amazon."[18]

(59)    To promote and sell the PFB Products, and to instruct clinicians (including registered dieticians) and others on the use and consumption of the PFB Products during the Relevant Period, the RFB Defendants **(a)** printed certain nutrient data on the label printed on the back of each pouch; and **(b)** supplemented their back-of-pouch label with **(i)** "Nutrition Information" and "Reference Guide" fact sheets (collectively, "Fact Sheets"), and **(ii)** a constellation of written, printed, and graphic matter, including website information and downloads, on-demand recordings, promotional materials, transition guides, usage instructions, and webinars ("Other Materials").

(60)    The RFB Defendants knew that clinicians (including registered dieticians) and others would read and rely on the PFB Products' back-of-pouch labels, Fact Sheets, and Other Materials (collectively, "Labeling and Advertising") when deciding whether and how to prescribe and use the PFB Products.

(61)    Through their Labeling and Advertising during the Relevant Period, the RFB Defendants directed clinicians (including registered dieticians) and others prescribing, ordering, and/or using the PFB Products to "[r]eplace 100% of calories with [RFB] meals" within 7+ days of first use.[19] Reinforcing this directive, the RFB Defendants stated in their Labeling and Advertising that the PFB Products were intended to be used by tube-fed children as the "primary source of nutrition" or—"on their own"—as "sole source

---

[18] *Id*.

[19] *See, e.g.,* Real Food Blends, *Transitioning to Real Food Blends* (Mar. 2019), https://www.realfoodblends.com/wp-content/uploads/2019/03/Transitioning_To_RFB.pdf.

AMC : 000011 of 000032

Filed          26-CI-90016          02/10/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:54 PM
90450-189

nutrition."[20]

**(62)** Illustrative of the RFB Defendants' nutrition claims in their Labeling and Advertising was this public statement made "coast to coast" during a webinar by Melissa Blandford, an RFB-employed registered dietician:

> . . . we get this question quite often: **Can Real Food Blends be used as a sole source of nutrition, and the answer is "Yes," it can be used as sole source nutrition** . . ..[21]

Even today, this webinar is accessible to the public through RFB's website and its YouTube channel. According to Ms. Blandford, the PFB Products are safe, well-tolerated, and improve health outcomes because they include only real foods: a fruit, a vegetable, lean protein, a whole grain, and healthy fat.[22]

**(63)** According to the RFB Defendants' Labeling and Advertising, the RFB Defendants do not fortify the PFB Products with added (synthetic) vitamins or minerals because **(a)** added (synthetic) vitamins and minerals "smell" and can cause gastrointestinal ("GI") disturbances, and **(b)** dietitians "know" that "a blenderized diet can actually provide all the vitamins and minerals that a patient needs."[23]

**(64)** If a clinician (including a registered dietician) or others decided, for whatever

---

[20] *See, e.g.,* Nutricia N. Am., *Nutricia Product Reference Guide for U.S. Clinicians*, pp. 177-192 (stating, on multiple pages, that the PFB Products "can be used as a primary source of nutrition" and that users may decide, depending on patient needs, to add sodium and/or calcium); Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4 ("Real Food Blends meals can be used . . . on their own"); RealFood Blends, *Join us for a Real Food Blends Question & Answer Webinar*, YouTube (https://youtu.be/5Bixga5xiQY (stating that the PFB Products can be used as "sole source nutrition")).

[21] RealFood Blends, *Join us for a Real Food Blends Question & Answer Webinar*, YouTube (https://youtu.be/5Bixga5xiQY (emphasis added)).

[22] *Id.*

[23] *Id.*

-12-

AMC : 000012 of 000032

NOT ORIGINAL
DOCUMENT
PM
02/25/2026 05:50:54
90450-189

reason, to fortify PFB Products, the RFB Defendants published optional "tips" in their Labeling and Advertising, including this one: "consider" adding an additional calcium and sodium source or, "if micronutrients are a concern," a multivitamin.[24] These optional "tips" were published as discretionary suggestions, not requirements ("whatever works best for you!"[25]).

(65)     The RFB Defendants knew that clinicians (including registered dieticians) and others would read and rely on the nutrient values in the RFB Defendants' Labeling and Advertising, including, the Fact Sheets, to determine if the PFB Products met the daily intake targets for tube-fed children.

(66)     The RFB Defendants warranted that the PFB Products were free from defects and guaranteed customer satisfaction.

### PHS, a Local Company, Provides Nutrition Support for Children with Medical Complexities

(67)     PHS specializes in pediatric home services for "children with medical complexities."[26] It employs registered dietitians who work with a patient's clinicians "to provide comprehensive nutrition plans designed exclusively for kids." This includes "nutrition monitoring and intervention," and any other assistance required.[27]

(68)     PHS offers for sale, and sells, an expansive inventory of formulas and food

---

[24] *See, e.g.,* Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4 ("You may want to consider . . . "); Nutricia N. Am., *Nutricia Product Reference Guide for U.S. Clinicians* (June 2022), p. 192 (stating that the addition of sodium (salt) and calcium are optional, and "[i]f micronutrients are a concern," a multivitamin "can be a simple solution").

[25] Real Food Blends, *Transitioning to Real Food Blends* (PDF brochure), p. 4.

[26] https://www.pediatrichomeservice.com/about/.

[27] https://www.pediatrichomeservice.com/services/clinical-nutrition/.

AMC : 000013 of 000032

Filed          26-CI-90016      02/10/2026                  Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:54
PM
90450-189

products "for sole nutrition or supplemental needs," depending on each child's unique

clinical nutrition requirements.[28]

(69)     PHS sells the PFB Products to families and tube-fed children in Kentucky and

throughout the United States.

(70)     PHS adopted, and did not disclaim, the RFB Defendants' warranties and

guarantees, and PHS did not disclaim the implied warranties that arise by operation of law,

including the implied warranties of merchantability and fitness for a particular purpose.

### *Relying on the RFB Defendants' Advertising and Labeling, And PHS's Sales Support, L.M. Consumed the PFB Products*

(71)     L.M. was born on September 20, 2020.

(72)     At birth, L.M. was so small she could fit alongside a water bottle, underscoring

her small size and clinical fragility.

(73)     Shortly thereafter, she was diagnosed with Trisomy 18 and Trisomy X. Trisomy

18 is a chromosomal condition associated with developmental challenges, small stature,

and congenital organ anomalies. Trisomy X occurs in females with three chromosomes

(XXX) instead of the usual two (XX) and can be associated with developmental delays,

learning difficulties, and certain health concerns.

(74)     The prognosis for Trisomy 18 children is guarded; historically, fewer than 10

percent survive beyond the first year, and survivors often experience developmental delays.

Feeding difficulties are common, and many require tube-fed nutrition.

(75)     L.M. is a Trisomy 18 survivor.

---

[28] *Id.*

Filed          26-CI-90016      02/10/2026          -14-   Kelly Botts, Menifee Circuit Clerk

AMC : 000014 of 000032

NOT ORIGINAL

02/25/2026 05:50:54

90450-189

**(76)** L.M. needed—and needs—a feeding tube to sustain nutrition.

**(77)** In October 2022, at the age of 25 months, L.M.'s clinicians (including registered dieticians) prescribed and/or ordered the PFB Products for L.M.'s use and consumption.

**(78)** L.M.'s clinicians (including registered dieticians) based this decision on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

**(79)** L.M.'s clinicians (including registered dieticians) relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

**(80)** After coordination with PHS, the PFB Products were sold to Plaintiffs, and shipped by PHS to Plaintiffs' home. The PFB Products were used and consumed by L.M. in Means, Kentucky.

**(81)** L.M. and Plaintiffs relied on L.M.'s clinicians (including registered dieticians), the RFB Defendants' Labeling and Advertising, and PHS's specialized sales knowledge.

**(82)** After the recommended seven-day transition period, L.M. consumed—over the next 27 months an average of 4 to 5 pouches per day of the PFB Products—specifically, "Orange Chicken, Carrots & Brown Rice" ("Orange Chicken"), "Quinoa, Kale & Hemp" ("Quinoa") and "Salmon, Oats & Squash" ("Salmon").

**(83)** Relying on the RFB Defendants' Labeling and Advertising, including the Fact Sheets, L.M.'s clinicians (including registered dieticians) concluded that these products met L.M.'s full daily nutrition needs with supplemental (additional) sodium (salt), calcium, potassium, and vitamin D. Plaintiffs fortified accordingly.

**(84)** Vitamin C supplementation was not necessary because L.M. was or would

AMC : 000015 of 000032

-15-

Filed 26-CI-90016 02/10/2026 Kelly Botts, Menifee Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:50:54

90450-189

be consuming an average of 4 to 5 pouches each day, and the Fact Sheets reported: **(i)** 25 mg of vitamin C per pouch for Orange Chicken, **(ii)** 9 mg of vitamin C per pouch for Quinoa, and **(iii)** 4 mg of vitamin C per pouch for Salmon.

**(85)** These vitamin C content values were material disclosures, and they were reported by the RFB Defendants because they were needed to fully inform clinicians (including registered dieticians), families, and others, of the PFB Products' use and safety for tube-fed children as a primary or sole source of nutrition.

**(86)** At the time of L.M.'s transition to the PFB Products, L.M. was making significant progress toward independent walking.

**(87)** However, in May 2023—seven (7) months after starting her use and consumption of the PFB Products as the sole source of her nutrition—L.M. suffered a fracture to her left femur.

**(88)** Around the same time, L.M.'s body started to fail silently. Over time, L.M. became inconsolable, screaming when picked up, flinching at diaper changes, and refusing to try to stand or walk. She suffered a regression in mobility. Her parents— Plaintiffs—became anxious, fearful, and distraught.

**(89)** Over the course of the next 20 months, L.M. sustained other fractures, including another femur fracture (to the right femur) and two buckle fractures, and her symptoms worsened and grew to include:

    **(a)** Anemia

    **(b)** Bruises

    **(c)** Fatigue

AMC : 000016 of 000032

-16-

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:54
PM
90450-189

(d)    Hair loss

(e)    Irritability

(f)    Internal bleeding

(g)    Nosebleeds

(h)    Oral abscesses

(i)    Pain, including bone, joint, and muscle pain

(j)    Poor wound healing

(k)    Rashes

(l)    Sores

(m)    Tenderness

(n)    Weight loss

(90)    During the same period, Plaintiffs and L.M.'s clinicians (including registered

dietitians), struggled to pinpoint the cause of L.M.'s growing constellation of injuries, but

no one suspected that the PFB Products were the culprit.

### *The PFB Products Caused Vitamin C Deficiency and Advanced Scurvy*

(91)    On January 21, 2025, L.M. was admitted to UK HealthCare for observation.

There, L.M.'s clinicians suspected—for the first time—that L.M. had vitamin C deficiency.

On exam, L.M. presented with, among other things, bleeding gums, follicular

hyperkeratosis, perifollicular hemorrhage, and severe pain.

(92)    After a thorough diagnostic workup, L.M.'s clinicians confirmed that she was

vitamin C deficient and diagnosed her with advanced Scurvy. While investigating the cause

of her vitamin C deficiency, L.M.'s clinicians recommended an immediate switch from the

AMC : 000017 of 000032

Filed    26-CI-90016    02/10/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

PFB Products to a different tube-fed food source. Plaintiffs immediately discontinued use of the PFB Products.

(93)    Before January 23, 2025, L.M.'s clinicians (including registered clinicians), had not identified the PFB Products as a possible cause of L.M.'s fractures and constellation of injuries.

(94)    The PFB Products caused her vitamin C deficiency and advanced Scurvy; the PFB Products caused L.M.'s fractures and constellation of injuries.

(95)    Because of L.M.'s prolonged vitamin C deficiency and the extended period over which she had Scurvy, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(96)    Despite the RFB Defendants' claimed expertise in specialized nutrition, their "years in research," and their stringent food safety standards, the PFB Products are and were defective and unreasonably dangerous.

(97)    The RFB Defendants' Labeling and Advertising, including the Fact Sheets, are and were materially false and misleading.

(98)    The PFB Products—specifically, the Orange Chicken, Quinoa, and Salmon products—have and had **no detectible vitamin C nutrients—*none.***

(99)    This is and was the direct and proximate cause of L.M.'s vitamin C deficiency and advanced Scurvy, and all of L.M. and Plaintiffs' injuries and damages.

(100)    The RFB Defendants knew, or should have known, that the PFB Products are

AMC : 000018 of 000032

-18-

NOT ORIGINAL

DOCUMENT

PM

02/25/2026 05:50:54

90450-189

Filed   26-CI-90016   02/10/2026   Kelly Botts, Menifee Circuit Clerk

defective and unreasonably dangerous, and they knew, or should have known, that their Labeling and Advertising, including the Fact Sheets, are and were materially false and misleading.

### No Warning and No Recall, But the RFB Defendants Quietly Made Material Changes

(101)   The RFB Defendants never warned Plaintiffs or L.M. about the defective and unreasonably dangerous nature of the PFB Products, and the RFB Defendants never issued a product recall.

(102)   However, in or after February 2025, the RFB Defendants made material changes to the nutrition claims in their Labeling and Advertising, including the Fact Sheets, which they obscured with statements like: "Updated Meals Are Here! Enjoy the same six meals with **minor** ingredient and nutrient changes, and updated pouch visuals."[29] Hidden was the RFB Defendants' new safety-critical reclassification, which it buried on website subpages in inconspicuous places[30] and small text on page 8 of a document linked to the website.[31]

(103)   Quietly reclassifying their products, the RFB Defendants abandoned their "sole source of nutrition" claim and made this statement for the first time and without fanfare:

Real Food Blends meals are **not nutritionally complete**. If you use Real

---

[29] https://www.realfoodblends.com (emphasis added).

[30] *See, e.g.,* https://www.realfoodblends.com/faqs/ (second FAQ, fourth sentence) and https://www.realfoodblends.com/shop/product/quinoa-kale-hemp-12-meals (under "Administration" at second bullet point).

[31] *See* RFB's "Transition Guide" at https://www.realfoodblends.com/transitioning/. The "Transition Guide" is date coded "198096 6/25" and carries this copyright mark: "© 2025 Nutricia North America."

Filed   26-CI-90016   02/10/2026   Kelly Botts, Menifee Circuit Clerk

AMC : 000019 of 000032

Filed          26-CI-90016          02/10/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:54
PM
90450-189

Food Blends as primary source of nutrition, **multivitamin & mineral supplementation is required**. . .”[32]

This is a material change from previous nutrition claims, instructions, and guidance.

**(104)** At or about the same time, the RFB Defendants re-stated the nutrient values in their Labeling and Advertising, including the Fact Sheets, by making safety-critical changes. For example, the content value(s) for vitamin C in new Fact Sheets are now **virtually zero** for the Orange Chicken, Quinoa, and Salmon products.

**(105)** These changes demonstrate that the RFB Defendants knew the PFB Products were defective and unreasonably dangerous and knew their Labeling and Advertising, including the Fact Sheets, were false and misleading.

### CAUSES OF ACTION

*Count One:*
*Fraud, Fraudulent Misrepresentation,*
*and Fraudulent Concealment Against the RFB Defendants*

**(106)** Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

**(107)** The RFB Defendants designed, formulated, manufactured, inspected, advertised, and distributed the PFB Products.

**(108)** For tube-fed children, the RFB Defendants claim unique knowledge and expertise in specialized nutrition solutions.

**(109)** The RFB Defendants spent years in research and development to create and design the PFB Products.

---

[32] *Id.* (emphasis added).

Filed          26-CI-90016          02/10/2026          Kelly Botts, Menifee Circuit Clerk

AMC : 000020 of 000032

Filed          26-CI-90016      02/10/2026                Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

(110)  During the Relevant Period, the RFB Defendants advertised the PFB Products as a primary or sole source of nutrition for tube-fed children and knew they needed to ensure that the right amount (content) of each nutrient, including vitamin C, was in each product sold. It was the RFB Defendants' responsibility to ensure that the nutrients were present at or near the levels printed in their Labeling and Advertising, including, the Fact Sheets.

(111)  L.M., Plaintiffs, and L.M.'s clinicians (including registered dieticians), relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

(112)  The RFB Defendants' Labeling and Advertising, including the Fact Sheets, were false and misleading because, among other reasons, the PFB Products were not nutritionally adequate as a primary or sole source of nutrition without separate vitamin supplementation.

(113)  The RFB Defendants knew, or should have known, that their nutrition claims and vitamin C content values were false and misleading. They had a duty to disclose the falsity of their nutrition claims and nutrient content values, but the RFB Defendants did not. Instead, the RFB Defendants concealed material facts.

(114)  This non-disclosure and concealment induced L.M.'s clinicians (including registered dieticians) to prescribe and/or order, and Plaintiffs to purchase, the PFB Products; and the RFB Defendants' misconduct prevented L.M.'s clinicians (including registered dieticians) and Plaintiffs from discovering timely that the PFB Products were the culprit of L.M.'s injuries.

(115)  The RFB Defendants are liable for fraud, fraudulent misrepresentation, and

-21-

AMC : 000021 of 000032

Filed          26-CI-90016      02/10/2026                    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
PM
02/25/2026 05:50:54

90450-189

fraudulent concealment.

(116)   As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(117)   As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Two:
### Strict Liability Against the RFB Defendants, John Doe, and PHS

(118)   Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

(119)   The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children, and their families.

(120)   Plaintiffs and L.M. used and consumed the PFB Products in a manner reasonably anticipated by the RFB Defendants, John Doe, and PHS.

(121)   The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

(122)   When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were (a) improperly designed, formulated, manufactured, and inspected, (b) adulterated, (c) advertised with false and misleading nutrition claims and false and

AMC : 000022 of 000032

-22-

Filed

26-CI-90016 02/10/2026

Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

misleading nutrient content values, including vitamin C, **(d)** misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

**(123)** The RFB Defendants, John Doe, and PHS are strictly liable under KRS §411.300, *et seq*.

**(124)** As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

**(125)** As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Three:
### Negligence Against the RFB Defendants, John Doe, and PHS

**(126)** Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

**(127)** The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children and others whose physical and pathological conditions require dietary management and modified nutrition.

**(128)** Plaintiffs and L.M. used and consumed the PFB Products in a manner reasonably anticipated by the RFB Defendants, John Doe, and PHS.

AMC : 000023 of 000032

Filed 26-CI-90016 02/10/2026 Kelly Botts, Menifee Circuit Clerk

Filed          26-CI-90016     02/10/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

**(129)** The RFB Defendants, John Doe, and PHS owed duties of reasonable care to L.M. and Plaintiffs, but the RFB Defendants, John Doe, and PHS breached those duties.

**(130)** When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were **(a)** improperly designed, formulated, manufactured, and inspected, **(b)** adulterated, **(c)** advertised with false and misleading nutrition claims and false and misleading nutrient content values, including vitamin C content, **(d)** misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

**(131)** The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

**(132)** The RFB Defendants, John Doe, and PHS are negligent under KRS §411.300, *et seq.*, and/or general principles of negligence. Plaintiffs allege this Count Three in addition to, and/or as an alternative to, Count Two.

**(133)** As a result of such misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

-24-

AMC : 000024 of 000032

NOT ORIGINAL DOCUMENT

02/25/2026 05:50:54 PM

90450-189

**(134)** As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Four:
### Negligence Per Se Against the RFB Defendants, John Doe, and PHS

**(135)** Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

**(136)** The Kentucky Food, Drug & Cosmetic Act (the "Kentucky FDCA"), KRS § 217.005 *et seq.*, prohibits the manufacture and sale of adulterated and misbranded foods, including foods for special dietary use, and were intended to protect consumers—including medically fragile tube-fed children and their families—from unsafe and deceptively labeled food products.

**(137)** When the RFB Defendants, John Doe, and PHS placed the PFB Products in the stream of commerce, the PFB Products were defective and unreasonably dangerous because they were **(a)** improperly designed, formulated, manufactured, and inspected, **(b)** adulterated, **(c)** advertised with false and misleading nutrition claims and false and misleading nutrient content values, including vitamin C content, **(d)** misbranded as foods for special dietary use because their Labeling and Advertising failed to accurately state vitamin C content values and fully inform purchasers of the products' use and safety as a primary or sole source of nutrition, and **(e)** sold without proper warnings, notice(s), and/or instructions.

**(138)** The RFB Defendants, John Doe, and PHS knew, or should have known, that the PFB Products were defective and unreasonably dangerous, and knew, or should have

Filed          26-CI-90016      02/10/2026                                    Kelly Botts, Menifee Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:50:54

90450-189

known, that the RFB Defendants' Labeling and Advertising, including the Fact Sheets, were materially false and misleading.

(139)    The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children and their families. These persons are members of the class of people the Kentucky FDCA was designed to protect, and L.M.'s constellation of injuries are the types of harms the Kentucky FDCA was intended to prevent.

(140)    This constitutes negligence *per se*.

(141)    As a result of the RFB Defendants, John Doe, and PHS's negligent misconduct, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

(142)    As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Five:
### Violation of Kentucky Consumer Protection Act
### Against the RFB Defendants, John Doe, and PHS

(143)    Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

(144)    The PFB Products target a medically fragile and uniquely vulnerable population: tube-fed children, and their families.

(145)    The RFB Defendants, John Doe, and/or PHS designed, formulated, manufactured, inspected, advertised, distributed, and sold the PFB Products to Plaintiffs,

-26-

AMC : 000026 of 000032

Filed          26-CI-90016      02/10/2026                                    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:54
PM
90450-189

for use and consumption by L.M., for personal, family, and/or household purposes.

(146)    Relying on RFB Defendants' Labeling and Advertising, including the Fact

Sheets, and PHS's support, L.M.'s clinicians (including registered dieticians) prescribed,

and Plaintiffs purchased, the PFB Products for L.M.

(147)    Plaintiffs purchased the PFB Products from PHS as the RFB Defendants'

authorized distributor or agent. The RFB Defendants distributed the PFB Products with

express warranties and guarantees.

(148)    PHS adopted, or did not disclaim, the RFB Defendants' warranties and

guarantees, and PHS did not disclaim those implied warranties that arise by operation of

law, including the implied warranties of merchantability and fitness for a particular

purpose.

(149)    The RFB Defendants, John Doe, and PHS violated the Kentucky Consumer

Protection Act (the "KCPA"), KRS § 367.110, *et seq.*, by, among other things, **(a)** making

false and misleading claims about the PFB Products; **(b)** failing to disclose and concealing

material facts; **(c)** using nutrition claims and nutrient content values that were likely to

mislead reasonable consumers, including L.M., Plaintiffs, and L.M.'s clinicians (including

registered dieticians); and **(d)** otherwise engaging in unconscionable, deceptive, and

misleading practices in the marketing, advertising, labeling, promotion, and sale of the PFB

Products.

(150)    The RFB Defendants, John Doe, and PHS's false, misleading, and deceptive

acts and practices induced the purchase of the PFB Products.

AMC : 000027 of 000032

Filed          26-CI-90016    02/10/2026                    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:50:54
PM
90450-189

**(151)**    As a result of the RFB Defendants, John Doe, and PHS's false, misleading, and deceptive acts and practices, L.M. sustained permanent injuries, lost the critical developmental window for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

**(152)**    As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

### Count Six:
### Breach of Express and Implied Warranties
### Against the RFB Defendants and PHS

**(153)**    Plaintiffs reallege the previous paragraphs in this Complaint as if set forth herein verbatim.

**(154)**    The RFB Defendants distributed the PFB Products with express warranties and guarantees.

**(155)**    PHS adopted, or did not disclaim, the RFB Defendants' warranties and guarantees, and PHS did not disclaim those implied warranties that arise by operation of law, including the implied warranties of merchantability and fitness for a particular purpose.

**(156)**    Plaintiffs relied on these warranties and guarantees when purchasing and using—and L.M. relied on these warranties and guarantees when consuming—the PFB Products.

**(157)**    As a result of the RFB Defendants and PHS's breaches of these warranties and guarantees, L.M. sustained permanent injuries, lost the critical developmental window

AMC : 000028 of 000032

-28-

Filed 26-CI-90016 02/10/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:50:54 PM
90450-189

for walking, and the quality of her life is now permanently altered. She—and Plaintiffs—endured trauma, pain and suffering, and serious emotional distress, which continues today.

**(158)** As a direct and proximate cause, L.M. and Plaintiffs suffered damages, as set for in Count Seven, in an amount to be proven at trial.

*Count Seven:*
*Damages*

**(159)** Plaintiffs reallege and reincorporate all previous paragraphs as if fully set forth herein.

**(160)** As the direct and proximate cause of facts stated herein, Plaintiffs and L.M. are entitled to recover all damages permitted by Kentucky law, including:

**(a)** Compensatory damages;

**(b)** Consequential damages;

**(c)** Costs of litigation, including, but not limited to, expenses;

**(d)** Economic damages;

**(e)** General damages;

**(f)** Incidental damages;

**(g)** Losses of all types, including, but not limited to, loss of capacity for the enjoyment of life, loss of consortium, lost wages and/or loss of earning capacity, and lost services;

**(h)** Medical costs and expenses;

**(i)** Mental anguish, fright, shock, and terror;

**(j)** Non-economic damages;

-29-

AMC : 000029 of 000032

NOT ORIGINAL

02/25/2026 05:50:54

90450-189

**(k)**     Pain and suffering;

**(l)**     Punitive damages, as set forth in Count Eight; and

**(m)**    Attorneys' fees and expenses under KRS § 367.170.

*Count Eight:*
*Punitive Damages Against the RFB Defendants*

**(161)**   Plaintiffs reallege and reincorporate all previous paragraphs as if fully set forth herein.

**(162)**   The RFB Defendants designed, formulated, manufactured, inspected, advertised, and sold the PFB Products.

**(163)**   For tube-fed children, the RFB Defendants claim unique knowledge and expertise in specialized nutrition solutions.

**(164)**   The RFB Defendants spent years in research and development to create and design the PFB Products.

**(165)**   During the Relevant Period, the RFB Defendants advertised the PFB Products as a primary or sole source of nutrition for tube-fed children and knew they needed to ensure that the right amount (content) of each nutrient, including vitamin C, was in each product sold. It was the RFB Defendants' responsibility to ensure that the nutrients were present at or near the levels printed in their Labeling and Advertising, including, the Fact Sheets.

**(166)**   L.M., Plaintiffs, and L.M.'s clinicians (including registered dieticians) relied on the RFB Defendants' Labeling and Advertising, including the Fact Sheets.

**(167)**   The RFB Defendants had a duty to disclose the falsity of their nutrition claims

and nutrient content values, but the RFB Defendants did not. Instead, the RFB Defendants concealed material facts.

**(168)** This non-disclosure and concealment induced L.M.'s clinicians (including registered dieticians) to prescribe and/or order, and Plaintiffs to purchase, the PFB Products; and the RFB Defendants' misconduct prevented L.M.'s clinicians (including registered dieticians) and Plaintiffs from timely discovering that the PFB Products were the culprit of L.M.'s constellation of injuries.

**(169)** The RFB Defendants' misconduct was willful, wanton, grossly negligent and/or taken with reckless disregard for the safety of the families and children who depend, or depended, on PFB Products for life-sustaining nutrition.

**(170)** Such conduct justifies an award of punitive damages to punish the RFB Defendants and deter similar misconduct.

## DEMAND FOR JURY TRIAL

**(171)** Plaintiffs demand a trial by jury on all issues raised herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully request that the **Court and Clerk issue process and summons** to all Defendants as provided by law, and:

- The Court enter judgment against the RFB Defendants, John Doe, and PHS;
- Plaintiffs receive a trial by jury;
- Attorney fees;
- Pre- and post-judgment interest;
- Costs herein expended;
- The jury award all damages, including punitive damages, in amount(s) consistent with their enlightened conscience; and

Filed    26-CI-90016    02/10/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL

DOCUMENT

PM

02/25/2026 05:50:54

90450-189

■    The Court award such other relief as is just and proper.

Respectfully submitted by,

*N. Haynes*

Nicholas K. Haynes, Esq. (KY No. 91112)
**THOMAS LAW OFFICES, PLLC**
9418 Norton Commons Blvd., Ste. 200
Prospect, Kentucky 40059
Nick.Haynes@ThomasLawOffices.com
P: (502) 293-5484
F: (502) 293-5495
*Counsel for Plaintiffs*

[*Pro Hac Vice* Applications to Follow]

### CR 5.02 ELECTION OF ELECTRONIC SERVICE

Come Plaintiffs, by and through counsel, and, pursuant to CR 5.02, elect to effectuate and receive service via electronic means to and from all other attorneys or parties in the action. **Electronic service shall be made to** Nick.Haynes@ThomasLawOffices.com, Barbara.Johnson@ThomasLawOffices.com.

*N. Haynes*

Nicholas K. Haynes, Esq.
*Counsel for Plaintiffs*

AMC : 000032 of 000032

Filed    26-CI-90016    02/10/2026    Kelly Botts, Menifee Circuit Clerk



**Commonwealth of Kentucky**

**Kelly Botts, Menifee Circuit Clerk**

NOT ORIGINAL

DOCUMENT

02/25/2026 05:51:03

PM

| | |
|---|---|
| **Case #:** 26-CI-90016 | **Envelope #:** 12821352 |
| **Received From:** HAYNES, NICK | **Account Of:** HAYNES, NICK |

90450-189

**Case Title:** MORRIS, JOSHUA C ET AL VS. DANONE NORT AMERICA PUBLIC BENEF    **Confirmation Number:** 215586409

**Filed On** 2/10/2026   4:15:28PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Money Collected For Others(Postage) | $29.10 |
| 2 | Money Collected For Others(Secretary of State Electronic Services) | $20.00 |
| 3 | Money Collected For Others(Secretary of State Service Copies) | $14.40 |
| 4 | Charges For Services(Attestation) | $0.50 |
| 5 | Charges For Services(Copy - Photocopy) | $7.20 |
| | **TOTAL:** | $71.20 |

Menifee County

Kelly Botts

Circuit Court Clerk

**Receipt Number: 21-0002371-A**

DATE: 02/11/2026

TIME: 08:09 AM EST

*** (Z) OTHER TYPE RECEIPT ***

**CASE NO: 26-CI-90016**

RECEIVED FROM: HAYNES, NICK

ACCOUNT OF: MORRIS, JOSHUA C ET AL
VS. DANONE NORTH AMERICA PUBLIC
BENEF

PARTY NAME: HAYNES, NICK

| | | |
|---|---|---:|
| 1. | Postage MCFO(K(H)) | $29.10 |
| 2. | Copy - Photocopy CS(W(F)) | $7.20 |
| 3. | Secretary of State Electronic Service MCFO(K(SOSES)) | $20.00 |
| 4. | Secretary of State Service Copies MCFO(K(SOSSC)) | $14.40 |
| 5. | Attestation CS(W(C)) | $0.50 |
| | TOTAL: | $71.20 |

| | |
|---|---:|
| CREDIT CARD: | $71.20 |
| ***DIFF: | $0.00 |

*** Credit Card Invoice #: 215586409

12821352

*** MultiReceipt/MassReceipt Transaction ***

Reprint : 2/11/2026   2:40:44PM

Prepared By: webpay64

Pay Online Visit:

www.kycourts.gov   and click on Pay Fine/Fee.

Reprint

Filed        26-CI-90016    02/17/2026        Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
05:51:22 PM
02/25/2026

90450-189



| Michael G. Adams<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718<br>Phone: (502) 564-3490<br>Fax: (502) 564-5687 |

Circuit Court Clerk
Menifee County
Courthouse
PO Box 172
Frenchburg, KY 40322

FROM:        SUMMONS DIVISION
             SECRETARY OF STATE

RE:          CASE NO: 26-CI-90016

DEFENDANT:   THE INCORPORATORS LTD.

DATE:        February 17, 2026

USPS Certified Mail ID:   9202992267700103428694

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

February 11, 2026

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

February 11, 2026

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

DOCUMENT
Filed        26-CI-90016        02/17/2026        Kelly Botts, Menifee Circuit Clerk        02/17/2026
05:51:22

**UNITED STATES POSTAL SERVICE**

90450-189

February 17, 2026

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 4286 94**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | February 17, 2026, 12:10 pm |
| **Location:** | NEWARK, DE 19711 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature

Signature of Recipient:

300 CREEK VIEW RD STE 209, NEWARK, DE 19711

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002

Filed 26-CI-90016 02/18/2026 Kelly Botts, Menifee Circuit Clerk

NOT

ORIGINAL DOCUMENT

02/25/2026

05:51:30 PM

**COMMONWEALTH OF KENTUCKY**

90450-189

**MENIFEE COUNTY CIRCUIT COURT, *DIVISION NO. 1*, JUDGE ELIZABETH DAVIS**

**CIVIL ACTION NO. 26-CI-90016**

JOSHUA C. MORRIS *et al*                                         **PLAINTIFFS**

v.                          **AFFIDAVIT OF P. SHANE O'NEILL**

**DANONE NORTH AMERICA PUBLIC BENEFIT**                    **DEFENDANTS**
**CORPORATION** *et al*

STATE OF GEORGIA          )
                         ) SS:
COUNTY OF FULTON          )

Comes now the Affiant, Hon. P. Shane O'Neill, after being first duly sworn and cautioned, deposes and states as follows.

1. I am over the age of 18 years, under no legal disabilities, and have personal knowledge of all matters asserted herein.

2. I am a member in good standing of the Bar of the State of Georgia, admitted to practice before the Supreme Court of Georgia and all other Georgia courts.

3. I am submitting this Affidavit in support of the motion requesting my admission *pro hac vice* for purposes of representing Plaintiffs in the above litigation.

4. I will be assisted by Hon. Nicholas K. Haynes who is licensed in the Commonwealth of Kentucky, as required by Kentucky Supreme Court Rule 3.030.

5. In compliance with Kentucky Supreme Court Rule 3.030, I have submitted the Out-of-State Certification form with the Kentucky Bar Association, and paid the required fee. **The Kentucky Bar Association issued me Pro Hac Vice No. PH301257749.**

Further, Affiant sayeth naught.

_____
P. Shane O'Neill

Acknowledged, sworn to and subscribed before me, a Notary Public, in and for the above-named County and State, this ____18th____ day of ___February___, 2026.

9-19-2026
_____
My Commission Expires

Notary Public

AFF : 000001 of 000002

Filed 26-CI-90016 02/18/2026 Kelly Botts, Menifee Circuit Clerk

Filed         26-CI-90016     02/18/2026          Kelly Botts, Menifee Circuit Clerk

ORIGINAL DOCUMENT

NOT

02/25/2026

05:51:30 PM

90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT, *DIVISION NO. 1*, JUDGE ELIZABETH DAVIS**
**CIVIL ACTION NO. 26-CI-90016**

| | |
|---|---|
| **JOSHUA C. MORRIS** *et al* | **PLAINTIFFS** |
| v.          **AFFIDAVIT OF JONATHAN R. FRIEDMAN** | |
| **DANONE NORTH AMERICA PUBLIC BENEFIT CORPORATION** *et al* | **DEFENDANTS** |

STATE OF GEORGIA          )
                                        ) SS:
COUNTY OF FULTON          )

Comes now the Affiant, Hon. Jonathan R. Friedman, after being first duly sworn and cautioned, deposes and states as follows.

6. I am over the age of 18 years, under no legal disabilities, and have personal knowledge of all matters asserted herein.

7. I am a member in good standing of the Bar of the State of Georgia, admitted to practice before the Supreme Court of Georgia and all other Georgia courts.

8. I am submitting this Affidavit in support of the motion requesting my admission *pro hac vice* for purposes of representing Plaintiffs in the above litigation.

9. I will be assisted by Hon. Nicholas K. Haynes who is licensed in the Commonwealth of Kentucky, as required by Kentucky Supreme Court Rule 3.030.

10. In compliance with Kentucky Supreme Court Rule 3.030, I have submitted the Out-of-State Certification form with the Kentucky Bar Association, and paid the required fee. **The Kentucky Bar Association issued me Pro Hac Vice No. PH301257750.**

Further, Affiant sayeth naught.

_____
Jonathan R. Friedman

Acknowledged, sworn to and subscribed before me, a Notary Public, in and for the above-named County and State, this ___18__ day of ___February___, 2026.

___9-19-2026___
My Commission Expires

_____
Notary Public

Filed         26-CI-90016     02/18/2026          Kelly Botts, Menifee Circuit Clerk

AFF : 000002 of 000002

Filed          26-CI-90016     02/18/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL

DOCUMENT

02/25/2026 05:51:38

PM

90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT**
**DIVISION NO. 1**
**JUDGE ELIZABETH DAVIS**
**CIVIL ACTION NO. 26-CI-90016**

JOSHUA C. MORRIS AND BRITTANY N.                                    **PLAINTIFFS**
MORRIS, INDIVIDUALLY, AND AS NEXT
FRIENDS OF, L.M., A MINOR

v.                    **MOTION TO ADMIT COUNSEL *PRO HAC VICE***

DANONE NORTH AMERICA PUBLIC BENEFIT                          **DEFENDANTS**
CORPORATION;
NUTRICIA NORTH AMERICA, INC.;
NUTRITIONAL MEDICINALS, LLC, AS SURVIVING
COMPANY AND SUCCESSOR BY MERGER, TO REAL FOOD
BLENDS, LLC;
RSVP EQUIPMENT OF GREATER CINCINNATI, LLC
D/B/A PEDIATRIC HOME SERVICE; AND
JOHN DOE CONTRACT MANUFACTURER

**NOTICE**

Please take notice that on **Thursday, February 26, 2026, at 9:00 a.m. EST**, by Zoom

**Meeting ID: 287-208-1239**

**Passcode: 251290**

in the courtroom of the above court, the undersigned will make the following motion.

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

The undersigned, Hon. Nicholas K. Haynes, being a member in good standing of the

Bar of the Commonwealth of Kentucky, hereby requests that this Court enter the attached

Order granting leave for attorneys **Hon. P. Shane O'Neill  (Pro Hac Vice No. PH301257749)**

**and Hon. Jonathan R. Friedman (Pro Hac Vice No. PH301257750) of the Georgia law firm**

**O'Neill Friedman, LLC to appear *pro hac vice* on behalf of Plaintiffs Joshua C. Morris**

MAPHV : 000001 of 000006

Filed 26-CI-90016 02/18/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:51:38 PM
90450-189

**and Brittany N. Morris, Individually, and as Next Friends af, L.M., a minor, in this action.**

This Motion is supported by the Affidavits of Hon. P. Shane O'Neill and Hon. Jonathan R. Friedman, which are submitted herewith.

Respectfully submitted by,

Nicholas K. Haynes, Esq. (KY No. 91112)
**THOMAS LAW OFFICES, PLLC**
9418 Norton Commons Blvd., Ste. 200
Prospect, Kentucky 40059
Nick.Haynes@ThomasLawOffices.com
P: (502) 293-5484
F: (502) 293-5495
*Counsel for Plaintiffs*

MAPHV : 000002 of 000006

Filed   26-CI-90016   02/18/2026   Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:51:38
PM
90450-189

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was electronically served on February 19, 2026, to the following:

Shane O'Neill , KY # PH301257749
Johnny Friedman, KY # PH301257750
**O'NEILL FRIEDMAN LLC**
104 Sloan Street
Roswell, GA 30075
shane@oneillfriedman.com
johnny@oneillfriedman.com
*Counsel for Plaintiffs (Pro Hac Vice Motions Pending)*

**Danone North America Public Benefit Corporation**
Corporate Creations Network, Inc.
101 North Seventh Street
Louisville, Kentucky, 40202
*Defendant*

**Nutricia North America, Inc.**
The Incorporators Ltd.
300 Creek View Road, Suite 209
Newark, Delaware 19711
*Defendant*

**Nutritional Medicinals, LLC, as surviving company and successor by merger, to Real Food Blends, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, Delaware 19801
*Defendant*

**RSVP Equipment of Greater Cincinnati, LLC d/b/a Pediatric Home Service**
CT Corporation System
306 West Main Street, Suite 512 F
Frankfort, Kentucky 40601
*Defendant*

Judge Elizabeth Davis
**Rowan County Judicial Center**
700 West Main Street
Morehead, Kentucky 40351

_____
Nicholas K. Haynes, Esq. (KY No. 91112)
**THOMAS LAW OFFICES, PLLC**
*Counsel for Plaintiffs*

MAPHV : 000003 of 000006

Filed          26-CI-90016    02/18/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:51:38
PM
90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT, *DIVISION NO. 1*, JUDGE ELIZABETH DAVIS**
**CIVIL ACTION NO. 26-CI-90016**

**JOSHUA C. MORRIS *et al***                                                  **PLAINTIFFS**

v.                        **AFFIDAVIT OF P. SHANE O'NEILL**

**DANONE NORTH AMERICA PUBLIC BENEFIT**                        **DEFENDANTS**
**CORPORATION *et al***

STATE OF _____   )
                                            ) SS:
COUNTY OF _____   )

    Comes now the Affiant, Hon. P. Shane O'Neill, after being first duly sworn and cautioned, deposes and states as follows.

1. I am over the age of 18 years, under no legal disabilities, and have personal knowledge of all matters asserted herein.

2. I am a member in good standing of the Bar of the State of Georgia, admitted to practice before the Supreme Court of Georgia and all other Georgia courts.

3. I am submitting this Affidavit in support of the motion requesting my admission *pro hac vice* for purposes of representing Plaintiffs in the above litigation.

4. I will be assisted by Hon. Nicholas K. Haynes who is licensed in the Commonwealth of Kentucky, as required by Kentucky Supreme Court Rule 3.030.

5. In compliance with Kentucky Supreme Court Rule 3.030, I have submitted the Out-of-State Certification form with the Kentucky Bar Association, and paid the required fee. **The Kentucky Bar Association issued me Pro Hac Vice No. PH301257749**.

    Further, Affiant sayeth naught.

_____
P. Shane O'Neill

    Acknowledged, sworn to and subscribed before me, a Notary Public, in and for the above-named County and State, this _____day of _____, 2026.

_____                    _____
My Commission Expires                                    Notary Public

Filed          26-CI-90016    02/18/2026          Kelly Botts, Menifee Circuit Clerk

MAPHV : 000004 of 000006

Filed          26-CI-90016     02/18/2026          Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:51:38
PM
90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT, *DIVISION NO. 1*, JUDGE ELIZABETH DAVIS**
**CIVIL ACTION NO. 26-CI-90016**

**JOSHUA C. MORRIS *et al***                                                       **PLAINTIFFS**

v.                          **AFFIDAVIT OF JONATHAN R. FRIEDMAN**

**DANONE NORTH AMERICA PUBLIC BENEFIT**                          **DEFENDANTS**
**CORPORATION *et al***

STATE OF _____  )
                                                   ) SS:
COUNTY OF _____  )

 Comes now the Affiant, <u>Hon. Jonathan R. Friedman</u>, after being first duly sworn and cautioned, deposes and states as follows.

6. I am over the age of 18 years, under no legal disabilities, and have personal knowledge of all matters asserted herein.

7. I am a member in good standing of the Bar of the State of Georgia, admitted to practice before the Supreme Court of Georgia and all other Georgia courts.

8. I am submitting this Affidavit in support of the motion requesting my admission *pro hac vice* for purposes of representing Plaintiffs in the above litigation.

9. I will be assisted by Hon. Nicholas K. Haynes who is licensed in the Commonwealth of Kentucky, as required by Kentucky Supreme Court Rule 3.030.

10. In compliance with Kentucky Supreme Court Rule 3.030, I have submitted the Out-of-State Certification form with the Kentucky Bar Association, and paid the required fee. **The Kentucky Bar Association issued me Pro Hac Vice No. PH301257750**.

 Further, Affiant sayeth naught.

_____
Jonathan R. Friedman

 Acknowledged, sworn to and subscribed before me, a Notary Public, in and for the above-named County and State, this _____day of _____, 2026.

_____                    _____
My Commission Expires                     Notary Public

Filed          26-CI-90016     02/18/2026          Kelly Botts, Menifee Circuit Clerk

MAPHV : 000005 of 000006

Filed 26-CI-90016 02/18/2026 Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT
02/25/2026 05:51:38
PM
90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT, *DIVISION NO. 1*, JUDGE ELIZABETH DAVIS**
**CIVIL ACTION NO. 26-CI-90016**

**JOSHUA C. MORRIS *et al***　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　　**ORDER ADMITTING COUNSEL *PRO HAC VICE***

**DANONE NORTH AMERICA PUBLIC BENEFIT**　　　　　　　**DEFENDANTS**
**CORPORATION *et al***

This matter came before the Court upon Plaintiffs' Motion to Admit Hon. Shane

O'Neill and Hon. Johnny Friedman as counsel *pro hac vice* for the purpose of litigating this

matter.  The Court, being fully advised in the premises, finds the Motion to be well taken

and therefore grants the same.

**Hon. P. Shane O'Neill (*Pro Hac Vice* No. PH301257749) and Hon. Jonathan R.**

**Friedman (*Pro Hac Vice* No. PH301257750) are hereby admitted *pro hac vice* to**

**appear before this Court in the above-captioned mater.**

This is a final and appealable Order.

_____
JUDGE, MENIFEE CIRCUIT COURT

_____
DATE

Filed 26-CI-90016 02/18/2026 Kelly Botts, Menifee Circuit Clerk

MAPHV : 000006 of 000006

Tendered    26-CI-90016    02/18/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT
02/25/2026 05:51:46 PM
90450-189

**COMMONWEALTH OF KENTUCKY**
**MENIFEE COUNTY CIRCUIT COURT, *DIVISION NO. 1*, JUDGE ELIZABETH DAVIS**
**CIVIL ACTION NO. 26-CI-90016**

| | |
|---|---|
| **JOSHUA C. MORRIS *et al*** | **PLAINTIFFS** |
| v.      **<u>ORDER ADMITTING COUNSEL *PRO HAC VICE*</u>** | |
| **DANONE NORTH AMERICA PUBLIC BENEFIT CORPORATION *et al*** | **DEFENDANTS** |

This matter came before the Court upon Plaintiffs' Motion to Admit Hon. Shane O'Neill and Hon. Johnny Friedman as counsel *pro hac vice* for the purpose of litigating this matter. The Court, being fully advised in the premises, finds the Motion to be well taken and therefore grants the same.

**Hon. P. Shane O'Neill (*Pro Hac Vice* No. PH301257749) and Hon. Jonathan R. Friedman (*Pro Hac Vice* No. PH301257750) are hereby admitted *pro hac vice* to appear before this Court in the above-captioned mater.**

This is a final and appealable Order.

_____
JUDGE, MENIFEE CIRCUIT COURT

_____
DATE

TD : 000001 of 000002

Tendered          26-CI-90016        02/18/2026        Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL
DOCUMENT

PM

02/25/2026 05:51:46

90450-189

Distribution:

Shane O'Neill , KY # PH301257749
Johnny Friedman, KY # PH301257750
**O'NEILL FRIEDMAN LLC**
104 Sloan Street
Roswell, GA 30075
shane@oneillfriedman.com
johnny@oneillfriedman.com
*Co-Counsel for Plaintiffs (Pro Hac Vice Motions Pending)*

**Danone North America Public Benefit Corporation**
Corporate Creations Network, Inc.
101 North Seventh Street
Louisville, Kentucky, 40202
*Defendant*

**Nutricia North America, Inc.**
The Incorporators Ltd.
300 Creek View Road, Suite 209
Newark, Delaware 19711
*Defendant*

**Nutritional Medicinals, LLC, as surviving company and successor by merger, to Real Food Blends, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, Delaware 19801
*Defendant*

**RSVP Equipment of Greater Cincinnati, LLC d/b/a Pediatric Home Service**
CT Corporation System
306 West Main Street, Suite 512 F
Frankfort, Kentucky 40601
*Defendant*

Nicholas K. Haynes, Esq. (KY No. 91112)
**THOMAS LAW OFFICES, PLLC**
9418 Norton Commons Blvd., Ste. 200
Prospect, Kentucky 40059
Nick.Haynes@ThomasLawOffices.com
P: (502) 293-5484
F: (502) 293-5495
*Co-Counsel for Plaintiffs*

Judge Elizabeth Davis
**Rowan County Judicial Center**
700 West Main Street
Morehead, Kentucky 40351

TD : 000002 of 000002

NOT ORIGINAL

02/25/2026 05:51:54

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Jonathan R. Friedman
O'Neill Friedman LLC
104 Sloan St
Roswell, GA 30075-4922
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **7/2/1998** |
| **BAR NUMBER:** | **277720** |
| **TODAY'S DATE:** | **02/04/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Official Representative of the State Bar of Georgia*

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

CER : 000001 of 000002

**State Bar
of Georgia**

NOT ORIGINAL

02/25/2026 05:51:54

*Lawyers Serving the Public and the Justice System*

**Mr. Philip Shane O'Neill**
**O'Neill Friedman, LLC**
**104 Sloan St**
**Roswell, GA 30075-4922**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **5/31/2011** |
| **BAR NUMBER:** | **297849** |
| **TODAY'S DATE:** | **02/03/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

CER : 000002 of 000002

Filed    26-CI-90016    02/18/2026    Kelly Botts, Menifee Circuit Clerk

NOT ORIGINAL DOCUMENT

05:52:02 PM

02/25/2026

90450-189



**Commonwealth of Kentucky**
**Office of the Secretary of State**

Michael G. Adams
Secretary of State

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Menifee County
Courthouse
PO Box 172
Frenchburg, KY 40322

FROM:    SUMMONS DIVISION
         SECRETARY OF STATE

RE:      CASE NO: 26-CI-90016

DEFENDANT:    NATIONAL REGISTERED AGENTS, INC

DATE:    February 18, 2026

USPS Certified Mail ID:    9202992267700103428700

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

February 11, 2026

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

February 11, 2026

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

DOCUMENT
Filed        26-CI-90016       02/18/2026              Kelly Botts, Menifee Circuit Clerk       02/18/2026
05:52:02 PM

![UNITED STATES POSTAL SERVICE]

90450-189

February 18, 2026

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 4287 00**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | February 18, 2026, 5:10 am |
| **Location:** | WILMINGTON, DE 19801 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002

Filed                                                      02/19/2026                                        Kelly Botts, Menifee Circuit Clerk

Filed                    26-CI-90016              02/19/2026              Kelly Botts, Menifee Circuit Clerk

**UNITED STATES**

**POSTAL SERVICE**



DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:52:10

90450-189

Date Produced: 02/16/2026

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8356 4228 13. Our records indicate that this item was delivered on 02/14/2026 at 02:04 p.m. in LOUISVILLE, KY 40202. The scanned image of the recipient information is provided below.

Signature of Recipient :      *Rachel Frantz*
                               Rachel Frantz

Address of Recipient :        101 North 7th Street

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATE CREATIONS NETWORK, INC.
101 NORTH SEVENTH STREET
LOUISVILLE KY 40202

COR : 000001 of 000002

Customer Reference Number:        C6569075.40202680

Filed        26-CI-90016    02/19/2026              Kelly Botts, Menifee Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

02/25/2026 05:52:10

90450-189

USPS MAIL PIECE TRACKING NUMBER:  42040202923609019403835 6422813

MAILING DATE:        02/11/2026

DELIVERED DATE:    02/14/2026

Custom 1: DriverId-12821352

Custom 2: PartyId-82637446

Custom 3: SummonsNum-@90005952208

Custom 4: CentralMailId-284015

Custom 5: Source County-MENIFEE

MAIL PIECE DELIVERY INFORMATION:

CORPORATE CREATIONS NETWORK, INC.
101 NORTH SEVENTH STREET
LOUISVILLE KY 40202

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 02/11/2026 13:24 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 02/12/2026 18:50 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 02/12/2026 20:05 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 02/14/2026 03:59 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 02/14/2026 10:46 | RESCHEDULED TO NEXT DELIVERY DAY | LOUISVILLE,KY 40202 |
| 02/14/2026 14:04 | DELIVERED FRONT DESK/RECEPTION/MAIL ROOM | LOUISVILLE,KY 40202 |

COR : 000002 of 000002