UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| JOSHUA C. MORRIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 5:26-CV-66-REW-MAS |
| | ) | |
| v. | ) | |
| | ) | OPINION & ORDER |
| DANONE NORTH AMERICA PUBLIC | ) | |
| BENEFIT CORPORATION, *et al.* | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

The parties have filed a notice indicating settlement. *See* DE 68. Accordingly, the Court **ORDERS** the parties to file a document intended to effectuate dismissal—or failing that, a status report—within the next thirty (30) days. Further, the Court **DENIES** the pending motions without prejudice, *see* DE 23; DE 34; DE 41; DE 47; DE 54, as moot.

This the 14th day of September, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**